IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT PRODUCTS, INC., UNIMED PHARMACEUTICALS, LLC, and BESINS HEALTHCARE SA, <br><br> Plaintiffs, <br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 11-384 (HB) ) ) ) ) ) ) |

## MOTION FOR PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey I. Weinberger, Ted Dane, and Heather E. Takahashi of Munger, Tolles & Olson LLP to represent Abbott Products, Inc. and Unimed Pharmaceuticals, LLC in the above-captioned matter.

In accordance with Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Erich W. Struble (#5394)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
estruble@mnat.com
   *Attorneys for Abbott Products, Inc.,*
   *Unimed Pharmaceuticals, LLC,*
   *and Besins Healthcare SA*

...

OF COUNSEL:

Jeffrey I. Weinberger
Ted G. Dane
Heather E. Takahashi
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
(213) 683-9100
   *Attorneys for Abbott Products, Inc.*
   *and Unimed Pharmaceuticals, LLC*

Stephen A. Bent
Douglas H. Carsten
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC  20007-5109
(202) 672-5300
   *Attorneys for Besins Healthcare SA*

May 26, 2011
4279327

SO ORDERED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Jeffrey I. Weinberger, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 5/25/11

Jeffrey I. Weinberger
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 683-9100
Jeffrey.Weinberger@mto.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Ted Dane, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: May 25, 2011

Ted Dane
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 683-9100
Ted.Dane@mto.com

WILM 4279241.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I, Heather E. Takahashi, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 5/24/2011

Heather E. Takahashi
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone (213) 683-9100
Heather.Takahashi@mto.com