IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT PRODUCTS, INC., UNIMED PHARMACEUTICALS, LLC, and BESINS HEALTHCARE SA, | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 11-384 (HB) |
| v. | ) ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) |

## MOTION FOR PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey I. Weinberger, Ted Dane, and Heather E. Takahashi of Munger, Tolles & Olson LLP to represent Abbott Products, Inc. and Unimed Pharmaceuticals, LLC in the above-captioned matter.

In accordance with Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Erich W. Struble (#5394)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
estruble@mnat.com
  *Attorneys for Abbott Products, Inc.,*
  *Unimed Pharmaceuticals, LLC,*
  *and Besins Healthcare SA*

- 2 -

OF COUNSEL:

Jeffrey I. Weinberger
Ted G. Dane
Heather E. Takahashi
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100
   *Attorneys for Abbott Products, Inc.*
   *and Unimed Pharmaceuticals, LLC*

Stephen A. Bent
Douglas H. Carsten
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC 20007-5109
(202) 672-5300
   *Attorneys for Besins Healthcare SA*

May 26, 2011
4279327

SO ORDERED this 27th day of May, 2011.

                  /s/ Harvey Bartle III
                  UNITED STATES DISTRICT JUDGE