IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT PRODUCTS, INC., UNIMED PHARMACEUTICALS, LLC, and BESINS HEALTHCARE INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 11-384 HB |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: 1) *First Set of Interrogatories From Abbott Products, Inc. and Unimed Pharmaceuticals, LLC to Teva Pharmaceuticals USA, Inc.* and 2) *First Set of Requests for Production From Abbott Products, Inc. and Unimed Pharmaceuticals, LLC to Teva Pharmaceuticals USA, Inc.* were caused to be served on July 8, 2011, by hand delivery on:

### SERVICE BY HAND DELIVERY

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806

Courtesy copies of the foregoing were sent on July 8, 2011, by e-mail to:

**COURTESY COPIES BY E-MAIL**

| PHILLIPS, GOLDMAN & SPENCE, P.A. | GOODWIN PROCTER LLP |
|---|---|
| John C. Phillips, Jr.<br>**jcp@pgslaw.com** | Elaine H. Blais<br>**eblais@goodwinprocter.com** |
| Megan C. Haney<br>**mch@pgslaw.com** | J. Anthony Downs<br>**jdowns@goodwinprocter.com** |
| | Sheryl K. Garko<br>**sgarko@goodwinprocter.com** |
| | M. Frank Bednarz<br>**mbednarz@goodwinprocter.com** |
| | Christopher T. Holding<br>**cholding@goodwinprocter.com** |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erich W. Struble*

Mary B. Graham (#2256)
Erich W. Struble (#5394)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
estruble@mnat.com
  *Attorneys for Abbott Products, Inc.,*
  *Unimed Pharmaceuticals, LLC*

OF COUNSEL:

Jeffrey I. Weinberger
Ted G. Dane
Heather E. Takahashi
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
  *Attorneys for Abbott Products, Inc.*
  *and Unimed Pharmaceuticals, LLC*

July 8, 2011
4368016.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 8, 2011 upon the following individuals in the manner indicated:

**BY E-MAIL**

John C. Phillips, Jr.
**jcp@pgslaw.com**

Megan C. Haney
**mch@pgslaw.com**

**BY E-MAIL**

GOODWIN PROCTER LLP

Elaine H. Blais
**eblais@goodwinprocter.com**

J. Anthony Downs
**jdowns@goodwinprocter.com**

Sheryl K. Garko
**sgarko@goodwinprocter.com**

M. Frank Bednarz
**mbednarz@goodwinprocter.com**

Christopher T. Holding
**cholding@goodwinprocter.com**

*/s/ Erich W. Struble*
_____
Erich W. Struble (#5394)