IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT PRODUCTS, INC., UNIMED PHARMACEUTICALS, LLC, and BESINS HEALTHCARE INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>TEVA PHARMACEUTICALS USA, INC., <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 11-384 (HB) |

## JOINT MOTION TO INCREASE BRIEFING PAGE LIMITATIONS

Plaintiffs Abbott Products, Inc., Unimed Pharmaceuticals LLC, and Besins Healthcare Inc. (collectively, "Plaintiffs") and Defendant Teva Pharmaceuticals USA, Inc. ("Defendant") respectfully request that the Court increase the briefing page limitations as set forth below and in support thereof state as follows:

1. The Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware ("Delaware Local Rules") apply to the instant proceedings.

2. The Delaware Local Rules set default page limits such that no opening or answering brief shall exceed 20 pages, and no reply brief shall exceed 10 pages, in each instance exclusive of any table of contents or table of authorities. (*See* D. Del. LR 7.1.3(a)(4)).

3. In order to fully address the issues in this case, Plaintiffs and Defendant submit that a modest increase in the page limitations is warranted.

Accordingly, the parties, by and through their undersigned counsel and subject to the approval of the Court, hereby agree and respectfully request that the Court order that: No opening or answering brief shall exceed 25 pages and no reply brief shall exceed 15 pages, in each instance exclusive of any table of contents or table of citations.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS GOLDMAN & SPENCE, P.A. |
|---|---|
| /s/ Mary B. Graham<br>Mary B. Graham (#2256)<br>Erich W. Struble (#5394)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>estruble@mnat.com | /s/ John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Date: July 29, 2011

SO ORDERED, this _____ day of _____, 2011

_____
United States District Judge