IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT PRODUCTS, INC., UNIMED PHARMACEUTICALS, LLC, and BESINS HEALTHCARE INC. | ) ) ) ) | |
| | ) | C.A. No. 11-384-HB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF SHERYL KOVAL GARKO IN SUPPORT OF
DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT**

I, Sheryl Koval Garko, hereby declare that:

1.      I am an attorney at the law firm of Goodwin Procter LLP, counsel for Defendant Teva Pharmaceuticals USA, Inc. in this case. I am personally familiar with and knowledgeable about the facts stated in this declaration and if called upon, could and would testify completely as to the statements made herein.

2.      Attached hereto as Exhibit A is a true and correct copy of U.S. application serial no. 09/651,777, dated August 30, 2000, from the patent prosecution history of U.S. Patent No. 6,503,894 ("the '894 patent").

3.      Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,299,900, dated October 9, 2001.

4.      Attached hereto as Exhibit C is a true and correct copy of the Amendment and Response to June 19, 2001 Office Action, dated October 19, 2001, from the prosecution history of the '894 patent.

5.      Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 6,503,894, dated January 7, 2003.

6.      Attached hereto as Exhibit E is a true and correct copy of an Office Action, dated June 19, 2001, from the prosecution history of the '894 patent.

7.      Attached hereto as Exhibit F is a true and correct copy of Mak, et al., Pub. No. WO 99/24041 A1, entitled "Penetration enhancing and irritation reducing systems," and dated May 20, 1999.

8.      Attached hereto as Exhibit G is a true and correct copy of Samour et al., U.S. Patent No. 5,968,919, entitled "Hormone replacement therapy drug formulations for topical application to the skin," and dated October 19, 1999.

9.      Attached hereto as Exhibit H is a true and correct copy of Allen, Pub. No. WO 96/27372 A1, entitled "Water-based topical cream containing nitroglycerin; method of preparation and use thereof," and dated September 12, 1996.

10.     Attached hereto as Exhibit I is a true and correct copy of Chien et al., U.S. Patent No. 5,788,983, entitled "Transdermal controlled delivery of pharmaceuticals at variable dosage rates and processes," and dated August 4, 1998.

11.     Attached hereto as Exhibit J is a true and correct copy of the Manual of Patent Examining Procedure (8th Ed. Vol. 2, Incorporating Rev. 8, West 2010) § 2173.05(h).

12.     Attached hereto as Exhibit K is a true and correct copy of an Interview Summary, undated, but noting a date of interview of December 6, 2001, from the prosecution history of the '894 patent.

13.     Attached hereto as Exhibit L is a true and correct copy of a Supplemental Amendment, dated December 21, 2001, from the prosecution history of the '894 patent.

2

14.     Attached hereto as Exhibit M is a true and correct copy of a Supplemental Amendment, dated February 8, 2002, from the prosecution history of the '894 patent.

15.     Attached hereto as Exhibit N is a true and correct copy a Notice of Allowability, dated August 13, 2002, from the prosecution history of the '894 patent.

16.     Attached hereto as Exhibit O is a true and correct copy of U.S. Patent No. 5,326,790, dated July 5, 1994.

17.     Attached hereto as Exhibit P is a true and correct copy of U.S. Patent No 5,656,286, dated August 12, 1997.

18.     Attached hereto as Exhibit Q is a true and correct copy of Pub. No. WO 97/43989, dated November 27, 1997.

19.     Attached hereto as Exhibit R is a true and correct copy of U.S. Patent Application No. 2001/0033870, published October 25, 2001.

20.     Attached hereto as Exhibit S is a true and correct copy of U.S. Patent No. 5,413,794, dated May 9, 1995.

21.     Attached hereto as Exhibit T is a true and correct copy of U.S. Patent No. 5,654,337, dated August 5, 1997.

22.     Attached hereto as Exhibit U is a true and correct copy of U.S. Patent No. 5,744,162, dated April 28, 1998.

23.     Attached hereto as Exhibit V is a true and correct copy of Pub. No. WO 98/34621, dated August 13, 1998.

24.     Attached hereto as Exhibit W is a true and correct copy of U.S. Patent No. 6,010,716, dated January 4, 2000.

25.     Attached hereto as Exhibit X is a true and correct copy of a portion of

3

PERCUTANEOUS PENETRATION ENHANCERS (Eric W. Smith and Howard I. Maibach eds., CRC

Press, 1995).

26.     Attached hereto as Exhibit Y is a true and correct copy of David W. Osborne, et

al., *Skin Penetration Enhancers Cited in the Technical Literature*, PHARMACEUTICAL

TECHNOLOGY, Nov. 1997.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 1, 2011

Sheryl Koval Garko

LIBA/2205172.2