# EXHIBIT Y

# Skin Penetration Enhancers Cited in the Technical Literature

**David W. Osborne* and Jill J. Henke**

3M DRUG DELIVERY SYSTEMS

**A literature review found more than 275 chemical compounds cited as skin penetration enhancers. However, most of the compounds are generally recognized as safe (GRAS) ingredients that would often be considered inert by a formulator. This article lists the chemical substances reported in the technical literature to enhance skin permeation. The reader can view the reference list of more than 400 sources on the *Pharmaceutical Technology* Web site.**

***David W. Osborne, PhD,*** *is vice-president, research and development, and* ***Jill J. Henke*** *is a former intern at ViroTex Corp., 4200 Research Forest Drive, Suite 350, The Woodlands, TX 77381, tel. (281) 298-6447, fax (281) 298-6474.*

*To whom all correspondence should be addressed.

During the development of a topical dosage form, it is often useful to know if solvents or excipients anticipated for use in the formulation have been listed in the literature as skin penetration enhancers. Although recent efforts in using chemical enhancers have focused on substances categorized as generally recognized as safe (GRAS), early work included a wide range of materials. For this reason, a large number of excipients have been claimed to enhance skin penetration. Complete texts concerning pharmaceutical skin penetration enhancement are available and they provide excellent descriptions and critical reviews of this subject (1,2).

The pharmaceutical scientist developing topical products needs to have a quick reference summarizing the skin penetration literature. Topical products often contain many components that are considered inert excipients with respect to the pharmacology and delivery of the active ingredient. Solvents and cosolvents are used to alter drug solubility or ease of processing. Emulsifiers and gelling agents provide the consistency and properties expected of creams, lotions, and gels. Other additives such as antioxidants and preservatives are provided to extend shelf life or ensure quality. The formulator will know the intended use of the excipients present in the formulation, but it is also important to know whether the excipient is suspected of altering pharmacology or delivery. The goal of this review is to list the chemical substances reported in the technical literature to enhance skin permeation. The length of this list is surprising. In a review of the technical and patent literature up to 1996, more than 275 different chemical compounds were found to be cited as skin penetration enhancers. Some of these compounds come from the patent literature in which a series of compounds of custom design were synthesized in hopes of commercializing the ideal chemical enhancer. However, most of the compounds are GRAS ingredients that would often be considered inert by the formulator. By providing this list of supposed penetration enhancers, the authors hope that the formulator will not be surprised by a group of references claiming their "inert" ingredients to be skin penetration enhancers.

It is very important to emphasize that this literature search attempts to be exhaustive in identifying chemical compounds

## Fatty alcohols, fatty acids, and related structures

**Fatty alcohols**
Aliphatic alcohols (17, 18, 263, 299, 303)
Decanol (88, 128, 177, 239, 303)
Lauryl alcohol (dodecanol) (88, 128, 148, 177, 266, 281, 286, 288, 299, 309, 315, 320, 355)
Linolenyl alcohol (299, 346)
Nerolidol (402)
1-Nonanol (239, 242, 298)
*n*-Octanol (234, 299, 303)
Oleyl alcohol (31, 97, 98, 155, 199, 246, 381)

**Fatty acid esters**
Butyl acetate (175, 192)
Cetyl lactate (58)
Decyl *N,N*-dimethylamino acetate (312, 315)
Decyl *N,N*-dimethylamino isopropionate (313)
Diethyleneglycol oleate (69)
Diethyl sebacate (68)
Diethyl succinate (192)
Diisopropyl sebacate (70)
Dodecyl *N,N*-dimethylamino acetate (148, 286, 288, 299, 312, 315, 318, 320, 333)
Dodecyl (*N,N*-dimethylamino)-butyrate (313)
Dodecyl *N,N*-dimethylamino isopropionate (313, 320)
Dodecyl 2-(dimethylamino)propionate (148, 280, 284)
EO-5-oleyl ester (199)
Ethyl acetate (175, 192, 193, 194, 246, 252, 279)
Ethylaceto acetate (192)
Ethyl propionate (192)
Glycerol monoethers (394)
Glycerol monolaurate (93, 94, 350, 351, 388)
Glycerol monooleate (90–94, 388)
Glycerol monolinoleate (387, 388)
Isopropyl isostearate (353)
Isopropyl linoleate (381)
Isopropyl myristate (46, 101–107, 234, 246, 311, 326, 353)
Isopropyl myristate/fatty acid monoglyceride combination (391)
Isopropyl myristate/ethanol/L-lactic acid (87:10:3) combination (404)
Isopropyl palmitate (353)
Methyl acetate (192, 385)
Methyl caprate (299)
Methyl laurate (117, 374, 375, 384)
Methyl propionate (192)
Methyl valerate (192)
1-Monocaproyl glycerol (311)
Monoglycerides (medium chain length) (119)
Nicotinic esters (benzyl) (129, 130)
Octyl acetate (252)
Octyl *N,N*-dimethylamino acetate (312)
Oleyl oleate (326)
*n*-Pentyl *N*-acetylprolinate (235, 251)
Propylene glycol monolaurate (374, 375)
Sorbitan dilaurate (388)
Sorbitan dioleate (388)
Sorbitan monolaurate (388)
Sorbitan monooleates (48, 50, 346, 388)
Sorbitan trilaurate (388)
Sorbitan trioleate (388)
Sucrose coconut fatty ester mixtures (165, 384)
Sucrose monolaurate (165)
Sucrose monooleate (163, 164)
Tetradecyl *N,N*-dimethylamino acetate (312)

**Fatty acids**
Alkanoic acids (55, 230, 263, 273, 315, 347)
Capric acid (57, 299)
Diacid (262)
Ethyloctadecanoic acid (401)
Hexanoic acid (103)
Lactic acid (109, 110)
Lauric acid (55, 111, 178, 218, 220, 299, 309)
Linoelaidic acid (55)
Linoleic acid (55, 299, 381)
Linolenic acid (55)
Neodecanoic acid (55)
Oleic acid (3, 11, 31, 55, 92, 97, 118, 137, 148, 152, 153, 154, 178, 199, 200, 210, 211, 216, 218, 219, 228, 231, 234, 243, 246, 265, 266, 271, 275, 283, 294–296, 299, 305, 307–309, 320, 323, 333, 341, 344, 346, 356–358, 376, 381)
Palmitic acid (55)
Pelargonic acid (55)
Propionic acid (103)
Vaccenic acid (88, 128, 177)

**Fatty alcohol ethers**
α-Monoglyceryl ether (23)
EO-2-oleyl ether (199)
EO-5-oleyl ether (199)
EO-10-oleyl ether (199)
Ether derivatives of polyglycerols and alcohols (1-O-dodecyl-3-O-methyl-2-0-(2′,3′-dihydroxypropyl)glycerol) (85)

cited as penetration enhancers. For compounds with multiple literature citations, such as azone and oleic acid, a representative sampling of the literature rather than an exhaustive or critical listing is provided. Thus, this is not a critical review, but a listing of at least one reference of the chemical compounds cited in the technical or patent literature as skin penetration enhancers.

Throughout this introduction we have used the terms *supposed* and *cited as* skin penetration enhancers. The literature cited in this review often contains reports in which a chemical substance added to the formulation alters delivery, but the investigators do not sufficiently characterize a mechanism to establish that the substance is a chemical skin penetration enhancer. By definition, a chemical skin penetration enhancer increases skin permeability by reversibly damaging or by altering the physiochemical nature of the stratum corneum to reduce its diffusional resistance (3). Although there are many strategies to enhance skin penetration, only some of them include the use of chemical skin penetration enhancers. Additives that enhance skin delivery by altering solubility of the active ingredient in the formulation (including supersaturation) or by opti-

Case 1:11-cv-00384-HB Document 30-25 Filed 08/01/11 Page 4 of 36 PageID #: 1291

## Miscellaneous compounds and groups

**Biologics**
L-α-amino-acids (108, 346)
Lecithin (112, 229, 258, 346, 352)
Phospholipids (403)
Saponin/phospholipids (161)
Sodium deoxycholate (285)
Sodium taurocholate (285)
Sodium tauroglycocholate (285)

**Enzymes**
Acid phosphatase (332)
Calonase (310)
Orgelase (310)
Papain (346)
Phospholipase A-2 (332)
Phospholipase C (332)
Triacylglycerol hydrolase (332)

**Amines and amides (not placed in previous categories)**
Acetamide derivatives (16)
Acyclic amides (290)
*N*-Adamantyl *n*-alkanamides (408)
Clofibric acid amides (321, 342)
*N,N*-Didodecyl acetamide (16)
Di-2-ethylhexylamine (66)
Diethyl methyl benzamide (39)
*N,N*-Diethyl-m-toluamide (68, 131–133, 218, 299, 326)
*N,N*-Dimethyl-m-toluamide (309)
Ethomeen S12 [bis-(2-hydroxyethyl)oleylamine] (86, 87, 299, 346)
Hexamethylene lauramide (95)
Lauryl-amine (dodecylamine) (240, 299, 346)
Octyl amide (233)
Oleylamine (240)
Unsaturated cyclic ureas (61, 62, 293, 299)
Urea (43, 109, 172, 185, 256, 285, 299, 304, 346)

**Complexing agents**
β- and γ-cyclodextrin complexes (52, 53)
Hydroxypropyl methylcellulose (Carbapol 934) (91, 100)
Liposomes (113, 195)
Naphthalene diamide diimide (398)
Naphthalene diester diimide (398)

**Macrocyclics**
Macrocyclic lactones, ketones, and anhydrides (optimum ring-16) (114, 346)
Unsaturated cyclic ureas (61, 62, 293, 299)

**Classical surfactants**
Brij 30 (201, 202)
Brij 36T (207, 216, 307, 346)
Brij 35 (204, 209)
Brij 52 (207)
Brij 56 (207, 208)
Brij 58 (203, 207, 208)
Brij 72 (208)
Brij 76 (207)
Brij 78 (208)
Brij 92 (209)
Brij 96 (206, 207)
Brij 98 (208)
Cetyl trimethyl ammonium bromide (218, 299, 346)
Empicol ML26/F (299)
HCO-60 surfactant (59)
Hydroxypolyethoxydodecane (99)
Ionic surfactants (ROONa, $ROSO_3Na$, $RNH_3Cl$, $R = 8-16$) (79)
Lauroyl sarcosine (334)
Nonionic surface active agents (134)
Nonoxynol (386)
Octoxynol (386)
Phenylsulfonate CA (299)
Pluronic F68 (201, 207, 285)
Pluronic F127 (285)
Pluronic L62 (201, 207)
Polyoleates (nonionic surfactants) (92, 135)
Rewopal HV10 (207)
Sodium laurate (346)
Sodium lauryl sulfate (sodium dodecyl sulfate) (56, 59, 60, 126, 269, 295, 299, 335, 346)
Sodium oleate (326, 335)
Sorbitan dilaurate (388)
Sorbitan dioleate (388)
Sorbitan monolaurate (388)
Sorbitan monooleates (48, 50, 346, 388)
Sorbitan trilaurate (388)
Sorbitan trioleate (388)
Span 20 (134)
Span 40 (201, 203)
Span 85 (206)
Synperonic NP (299)
Triton X-100 (207)
Tween 20 (32, 102, 134, 147)
Tween 40 (201, 203)
Tween 60 (147)
Tween 80 (147, 170, 346, 396)
Tween 85 (206)

**Others**
Aliphatic thiols (316)
Alkyl *N,N*-dialkyl-substituted amino acetates (22)
Anise oil (232)
Anticholinergic agent pretreatment (149)
Ascaridole (241, 299)
Biphasic group derivatives (54)
Bisabolol (299, 306, 339, 346)
Cardamom oil (405)
1-Carvone (382)
Chenopodium (70% ascaridole) (241, 299)
Chenopodium oil (232, 299)
1,8 Cineole (eucalyptol) (83, 197, 234, 237, 241, 299, 326, 345, 346, 402)
Cod liver oil (fatty acid extract) (236)
4-Decyloxazolidin-2-one (297)
Dicyclohexylmethylamine oxide (67)
Diethyl hexadecylphosphonate (329)
Diethyl hexadecylphosphoramidate (329)
*N,N*-Dimethyl dodecylamine-*N*-oxide (335, 346)

## Miscellaneous compounds and groups, continued

4, 4-Dimethyl-2-undecyl-2-oxazoline (7)
*N*-Dodecanoyl-L-amino acid methyl esters (410)
1,3-Dioxacycloalkanes (SEPAs) (346)
Dithiothreitol (26)
Eucalyptol (cineole) (83, 197, 234, 237, 241, 299, 326, 345, 346, 402)
Eucalyptus oil (232, 299)
Eugenol (383)
Herbal extracts (337)
Lactam *N*-acetic acid esters (407)
*N*-Hydroxyethalaceamide (299)
2-Hydroxy-3-oleoyloxy-1-pyroglutamyloxypropane (12)
Menthol (115, 237, 253, 271, 299, 348, 349)
Menthone (380)
Morpholine derivatives (120)
*N*-Oxide (389)
Nerolidol (402)
Octyl-β-D-(thio)glucopyranosides (136, 277)
Oxazolidinones (406)
Piperazine derivatives (120)
Polar lipids (123, 143)
Polydimethylsiloxanes (338)
Poly [2-(methylsulfinyl)ethyl acrylate] (145)
Polyrotaxanes (400)
Polyvinylbenzyldimethylalkylammonium chloride (257)
Poly(*N*-vinyl-*N*-methyl acetamide) (145)
Prodrugs (142, 151, 399)
Saline (skin hydration) (160)
Sodium pyroglutaminate (299)
Terpenes and azacyclo ring compounds (15, 127, 196, 215, 231, 237, 238, 241, 242, 249, 253, 270, 273, 299, 306, 345, 346, 395)
Vitamin E (α-tocopherol) (255)
Ylang-ylang oil (232, 299)

## *N*-methyl pyrrolidone and related compounds

*N*-Cyclohexyl-2-pyrrolidone (250)
1-Butyl-3-dodecyl-2-pyrrolidone (330)
1,3-Dimethyl-2-imidazolikinone (62, 184)
1,5 Dimethyl-2-pyrrolidone (299, 309)
4,4-Dimethyl-2-undecyl-2-oxazoline (7)
1-Ethyl-2-pyrrolidone (299, 309)
1-Hexyl-4-methyloxycarbonyl-2-pyrrolidone (331)
1-Hexyl-2-pyrrolidone (324, 325, 346)
1-(2-Hydroxyethyl)pyrrolidinone (3)
3-Hydroxy-*N*-methyl-2-pyrrolidinone (317)
1-Isopropyl-2-undecyl-2-imidazoline (7)
1-Lauryl-4-methyloxycarbonyl-2-pyrrolidone (331)
*N*-Methyl-2-pyrrolidone (110, 121–125, 218, 234, 247, 259, 265, 276, 283, 299–301, 309, 317, 324–326, 354, 381)
Poly(*N*-vinylpyrrolidone) (145, 392)
Pyroglutamic acid esters (156, 157, 360, 372, 373)
2-Pyrrolidone (2-pyrrolidinone) (247, 264, 295, 299, 301, 309, 330)

## Ionic compounds

Ascorbate (26)
"Amphoteric cations and anions" (25)
Calcium thioglycolate (56, 346)
Cetyl trimethyl ammonium bromide (218, 299)
3,5-Diiodosalicylate sodium (15)
Ionic surfactants (ROONa, $ROSO_3Na$, $RNH_3Cl$) (79)
Lauroylcholine iodide (200)
5-Methoxysalicylate sodium (15)
Monoalkyl phosphates (378, 379)
2-PAM chloride, 4-PAM chloride (derivatives of *N*-methyl picolinium chloride) (14)
Sodium carboxylate (289)
Sodium hyaluronate (39)
Sodium lauryl sulfate (sodium dodecyl sulfate) (56, 59, 60, 126, 269, 295, 299, 335, 346)

## Dimethyl sulfoxide and related compounds

Cyclic sulfoxides (328)
Decylmethyl sulfoxide (31, 46, 63–65, 118, 163, 191, 216, 227, 234, 250, 295, 299, 300, 302, 304, 305, 307–309, 311, 335, 346)
Dimethyl sulfoxide (66, 72–74, 77, 78, 80, 81, 126, 138, 144, 170, 186, 191, 218, 249, 259–261, 263, 274, 285, 295, 299, 309, 311, 317, 323, 346)
2-Hydroxyundecyl methyl sulfoxide (13)

## Solvents and related compounds

Acetamide and derivatives (16)
Acetone (263, 299)
*n*-Alkanes (chain length between 7 and 16) (239, 242, 298, 315)
Alkanols, diols, short-chain fatty acids (18–21, 217, 230, 239, 299, 347, 381)
Cyclohexyl-1,1-dimethylethanol (17)
Dimethyl acetamide (71, 72, 218, 274, 275, 295, 299, 309)
Dimethyl formamide (72, 75–82, 138, 144, 185, 191, 218, 246, 264, 274, 275, 285, 299, 309)
Ethanol (17, 18, 32, 63, 83, 84, 213, 238, 252, 263, 275, 279, 283, 291, 295, 299, 309, 343, 350, 351)
Ethanol/*d*-limonene combination (409)
2-Ethyl-1,3-hexanediol (11, 346, 356–358)
Ethoxydiglycol (transcutol) (374, 375)
Glycerol (304)
Glycols (24, 32, 77, 299, 346)
Lauryl chloride (323)
Limonene (291, 299, 346)
*N*-Methylformamide (299)
2-Phenylethanol (411)
3-Phenyl-1-propanol (411)
3-Phenyl-2-propen-1-ol (411)
Polyethylene glycol (74, 78, 80, 146, 170, 299)
Polyoxyethylene sorbitan monoesters (147, 346)
Polypropylene glycol 425 (230)
Primary alcohols (tridecanol) (150)
Procter & Gamble system: small polar solvent (1,2-propane diol, butanediol, C3-6 triols or their mixtures and a polar lipid compound selected form C16 or C18 monounsaturated alcohol, C16 or C18 branched saturated alcohol and their mixtures) (20, 336)
Propylene glycol (20, 31–33, 46, 63, 68, 69, 74, 77, 88, 89, 91, 92, 97, 98, 101, 109, 117, 118, 123, 124, 130, 131, 135, 140, 141, 143, 147, 152–155, 170, 173, 174, 176, 212, 231, 243, 252, 261, 263, 275, 294, 295, 299, 304, 305, 308, 309, 346, 353, 377)
Span 20 (134)
Squalene (252)
Triacetin (393)
Trichloroethanol (168, 169)
Trifluoroethanol (168, 169)
Trimethylene glycol (32)
Tween 20 (32, 102, 134, 147)
Tween 80 (147, 170)
Xylene (66)

mizing the ionization state of the drug are not necessarily chemical skin penetration enhancers.

Also, many of these studies used in vitro permeation techniques completed on excised animal skin. Depending on the species used and the experimental design, the significant enhancement found in vitro may not translate into improved clinical delivery in humans. Thus, even though a compound is cited as a skin penetration enhancer, it is the responsibility of the formulator to critically evaluate the validity of this assessment.

Editor's note: Because of space constraints, it is impossible to print the extensive reference list here. However, the list can be viewed on the *Pharmaceutical Technology* Web site (www.pharmtech.com). Access the list by clicking on the November Table of Contents or on the Technical Resources link on our home page. Readers are encouraged to notify the author to report recent publications that they believe should be added to the reference list.

## Azone and related compounds (see Patents, references 361–371)

*N*-Acyl-hexahydro-2-oxo-1H-azepines (254)
*N*-Alkyl-dihydro-1,4-oxazepine-5,7-diones (254)
*N*-Alkylmorpholine-2,3-diones (254)
*N*-Alkylmorpholine-3,5-diones (254)
Azacycloalkane derivatives (-ketone, -thione) (29, 30)
Azacycloalkenone derivatives (127, 179)
1-[2-(Decylthio)ethyl]azacyclopentan-2-one (HPE-101) (327, 340)
*N*-(2,2-Dihydroxyethyl)dodecylamine (314)
1-Dodecanoylhexahydro-1-H-azepine (4)
1-Dodecyl azacycloheptan-2-one (azone or laurocapram) (6, 31–50, 118, 141, 148, 167, 176, 180–184, 186–190, 198, 214, 218, 224, 225, 233–235, 244, 245, 247–249, 256, 259, 261, 266–268, 271, 272, 274, 275, 278, 281, 282, 286–288, 290, 292, 293, 295, 299, 305, 308, 309, 311, 314, 315, 318, 320, 322, 326, 327, 333, 359, 376, 381, 402)
*N*-Dodecyl diethanolamine (397)
*N*-Dodecyl-hexahydro-2-thio-1H-azepine (247)
*N*-Dodecyl-*N*-(2-methoxyethyl)acetamide (314, 397)
*N*-Dodecyl-*N*-(2-methoxyethyl)isobutyramide (397)
*N*-Dodecyl-piperidine-2-thione (247)
*N*-Dodecyl-2-piperidinone (247, 248, 268, 314, 397)
*N*-Dodecyl pyrrolidine-3,5-dione (254)
*N*-Dodecyl pyrrolidine-2-thione (247)
*N*-Dodecyl-2-pyrrolidone (247, 248, 267, 268, 299, 314, 324, 325, 331, 346, 397)
1-Farnesylazacycloheptan-2-one (6, 127, 244)
1-Farnesylazacyclopentan-2-one (6, 127)
1-Geranylazacycloheptan-2-one (6, 127, 221–223, 226, 244)
1-Geranylazacyclopentan-2-one (244)
Hexahydro-2-oxo-azepine-1-acetic acid esters (254)
*N*-(2-Hydroxyethyl)-2-pyrrolidone (319)
1-Laurylazacycloheptane (8)
2-(1-Nonyl)-1,3-dioxolane (314, 390, 397)
1-*N*-Octylazacyclopentan-2-one (9)
*N*-(1-Oxododecyl)-hexahydro-1H-azepine (247)
*N*-(1-Oxododecyl)-morpholines (247, 248)
1-Oxohydrocarbyl-substituted azacyclohexanes (10)
*N*-(1-Oxotetradecyl)-hexahydro-2-oxo-1H-azepine (248)
*N*-(1-Thiododecyl)-morpholines (247)

## REFERENCES

1. *Pharmaceutical Skin Penetration Enhancement,* K.A. Walters and J. Hadgraft, Eds. (Dekker, New York, 1993).
2. *Drug Permeation Enhancement: Theory and Applications,* D.S. Hseih, Ed. (Dekker, New York, 1994).
3. V.P. Shah, C.C. Peck, and R.L. Williams, "Skin Penetration Enhancement: Clinical Pharmacological and Regulatory Considerations," in *Pharmaceutical Skin Penetration Enhancement,* K.A. Walters and J. Hadgraft, Eds. (Dekker, New York, 1993).

# PENETRATION ENHANCERS: REFERENCES

1. *Pharmaceutical Skin Penetration Enhancement*, K.A. Walters and J. Hadgraft, Eds., Marcel Dekker, New York, 1993; Drug Permeation Enhancement: Theory and Applications, D.S. Hsieh, Ed., Marcel Dekker, New York, 1994.

2. V.P. Shah, C.C. Peck, and R.L. Williams. Skin Penetration Enhancement: Clinical Pharmacological and Regulatory Considerations. *Pharmaceutical Skin Penetration Enhancement*. K. A. Walters and J. Hadgraft, Eds. (Marcel Dekker 1993). pp. 417-427.

3. E. R. Cooper. Penetrating Topical Pharmaceutical Compositions Containing N-(2-hydroxyethyl)pyrrolidone. Eur. Pat. Appl. EP 129285 A2, 27 Dec 1984; Appl. 84/200823,12 Jun 1984; US Appl. 506273, 21 Jun 1983.

4. Rajadhyaksha, V. J., PCT Int. Appl. WO 87/1935 A1, 9 Apr 1987; Appl.86/US2052, 1 Oct 1986; US Appl. 783621, 3 Oct 1985.

5. H. Okamoto, M. Ohyabu, M. Hashida, and H. Sezaki. Enhanced Penetration of Mitomycin C Through Hairless Mouse and Rat Skin by Enhancers with Terpene Moieties. *J. Pharm. Pharmacol.* **39**(7):531-534 (1987).

6. H. Okamoto, H. Tsukahara, M. Hashida, and H. Sezaki. Effect of 1-alkyl- or 1-alkenylazacycloalkenone Derivatives on Penetration of Mitomycin C Through Rat Skin. *Chem. Pharm. Bull.* **35**(11):4605-4608 (1987).

7. V. J. Rajadhyaksha. Heterocyclic Compounds for Transdermal Use. PCT Int. Appl. WO 8804938 A1, 14 Jul 1988; Appl.87/US2846, 2 Nov 1987; US Appl. 2387, 12 Jan 1987.

8. Minaskanian, G.; Peck, J. V.; Rajadhyaksha, V. J., PCT Int. Appl. WO 87/4593A1, 13 Aug 1987; Appl. 87/US189, 29 Jan 1987; US Appl. 825041, 31 Jan 1986.

9. V. J. Rajadhyaksha. Physiological Vehicle Compositions Containing Higher Alkyl Substituted Azacyclopentan-2-ones. U.S. Patent 4,122,170, 24 Oct 1978.

10. J. V. Peck and G. Minaskanian. Compositions Comprising 1-oxohydrocarbyl-substituted azacyclohexanes and Their Uses. PCT Int. Appl. WO 8801131 A1, 25 Feb 1988; Appl. 87/US1954, 12 Aug 1987; US Appl. 897043, 15 Aug 1986.

11. Bodor, N.; Loftsson, T., PCT Int. Appl. 87/3490 A2, 18 Jun 1987; Appl. 86/US2584, 5 Dec 1986; US Appl. 806257, 6 Dec 1985.

12. Y. Makino and Y. Suzuki. External Pharmaceutical Compounds. Eur. Pat. Appl. EP 123948 A1, 7 Nov 1984; Appl. 84/103666, 3 Apr 1984; JP Appl. 83/57908, 4 Apr 1983.

13. F. S. K. MacMillan and W. T. Lyness. Compositions for Topical Application to Animal Tissue and Methods of Enhancing Penetration Thereof. U.S. Patent 3,953,599, 27 Apr 1976.

14. F. J. Dea and R. A. Schroer. Topical Anti-Inflammatory Compositions and Methods of Use. U.S. Patent 3,937,823, 10 Feb 1976.

15. D. J. Hauss and H. Y. Ando. The Influence of Concentration of Two Salicylate Derivatives on Rectal Insulin Absorption Enhancement. *J. Pharm. Pharmacol.* 40(9):659-661 (1988).

16. J. V. Peck and G. Minaskanian. Penetration Enhancers for Transdermal Delivery of Systemic Agents. Eur. Pat. Appl. EP 268220 A3, 21 Sept. 1988; Appl. 87/116755, 13 Nov 1987; U.S. Patent 4,808,414, 28 Feb 1989.

17. Sipos, T., Appl. 80/59097, 6 Jun 1980; Pat. Specif. (Aust.) AU 534455 B2, 2 Feb 1984.

18. D. Friend, P. Catz, J. Heller, J. Reid, and R. Baker. Transdermal Delivery of Levonorgestrel. Part 1. Alkanols as Permeation Enhancers *in vitro*. *J. Controlled Release*. 7(3):243-250 (1988).

19. J. A. Durrant and M. R. Lowry. Skin Treatment Composition. Eur, Pat. Appl. EP 117080 A2, 29 Aug 1984; Appl. 84/300565, 30 Jan 1984; GB Appl. 83/2683, 1 Feb 1983.

20. G. B. Kasting, R. L. Smith, E. R. Massaro, and W. E. Snyder. Improved Penetrating Topical Pharmaceutical Compositions. Eur. Pat. Appl. EP 249397 A2, 16 Dec 1987; Appl. 87/304945, 4 Jun 1987; US Appl. 874248, 13 Jun 1986.

21. Barry, B. W., J. Controlled Release, 6, 85-97 (1987).

22. O. Wong, J. Huntington, T. Nishihata, and J. H. Rytting. New Alkyl N,N-dialkyl-substituted Amino Acetates as Transdermal Penetration Enhancers. *Pharm. Res.* 6(4):286-295 (1989).

23. T. Kamiya, S. Tsuchiya, and K. Hara. External Medication. Eur. Pat. Appl. EP 216303 A2, 1 Apr 1987; Appl. 8B/112848, 17 Sep 1986; JP Appl. 85/213961, 27 Sep 1985.

24. R. Woodford and B. W. Barry. Penetration Enhancers and the Percutaneous Absorption of Drugs an Update. *J. Toxicol. Cut. Ocular Toxicol.* 5(3):165-175 (1986).

25. W. Schaefer, R. Schaefer, and D. Schaefer. Transdermal Carrier Materials. Eur. Pat. Appl. EP 38512 A1, 28 Oct 1981; Appl. 81/102849, 14 Apr 1981; CH Appl. 80/2973, 17 Apr 1980.

26. T. Nishihata, J. H. Rytting, K. Takahashi, and K. Sakai. Effects of Dithiothreitol and Ascorbate on the Penetration of Diclofenac Across Excised Rat Dorsal Skin. *Pharm. Res.* 5(11):738-740 (1988).

27. G. Minaskanian, J. V. Peck, and V. J. Rajadhyaksha. Penetration Enhancers for Transdermal Delivery of Systemic Agents. Eur. Pat. Appl. EP 268219 A1, 25 May 1988; Appl. 87/116754, 13 Nov 1987; US Appl. 932783, 19 Nov 1986.

28. M. Tsuji, H. Inoue, T. Hachiya, M. Nakashima, M. Saita, Y. Shimozono, A. Nakagawa, and M. Sakai. Azacycloalkane Derivatives, Absorption Promoters Containing the Derivatives as the Effective Ingredient and External Preparation Containing the Absorption

Promoters. Eur. Pat. Appl. EP 241050 A2, 14 Oct 1987; Appl. 87/200183, 7 Feb 1987; JP Appl. 86/79174, 8 Apr 1986.

29. G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. PCT Int. Appl. WO 8802626 A1, 21 Apr 1988; Appl. 87/US2582, 7 Oct 1987; US Appl. 916402, 7 Oct 1986.

30. Minaskanian, G.; Peck, J. V.; Nelson, E. L., PCT Int. Appl. WO 87/4706 A1, 13 Aug 1987; Appl. 87/US194, 29 Jan 1987; US Appl. 824436, 31 Jan 1986.

31. M. Goodman and B. W. Barry. Action of Penetration Enhancers on Human Skin as Assessed by the Permeation of Model Drugs 5-Fluorouracil and Estradiol. *J. Invest. Dermatol.* 91(4):323-327 (1988).

32. D. Yu, L. M. Sanders, G. W. R. Davidson III, M. J. Marvin, and T. Ling. Percutaneous Absorption of Nicardipine and Ketorolac in Rhesus Monkeys. *Pharm. Res.* 5(7):457-462 (1988).

33. A. J. Ward and R. Tallon. Penetration Enhancer Incorporation in Bilayers. *Drug Dev. Ind. Pharm.* **14**(9):1155-1166 (1988).

34. R. B. Stoughton and W. O. McClure. Azone: New Nontoxic Enhancer of Cutaneous Penetration. *Drug Dev. Ind. Pharm.* **9**(4):725-744 (1983).

35. W. M. Shannon, L. Westbrook, W. I. Higuchi, K. Sugibayashi, D. C. Baker, S. D. Kumar, J. L. Fox, G. L. Flynn, N. F. H. Ho, and R. Vaidyanathan. Influence of 1-dodecylazacycloheptan-2-one (azone) on the Topical Therapy of Cutaneous Herpes Simplex Virus Type 1 Infection in Hairless Mice with 2', 3'-di-O-acetyl-9-beta-D-arabinofuranosyladenine and 5'-O-valeryl-9-beta-D-arabinofuranosyladenine. *J. Pharm. Sci.* **74**(11):1157-1161 (1985).

36. J. W. Wiechers, B. F. H. Drenth, J. H. G. Jonkman, and R. A. De Zeeum. Percutaneous Absorption, Metabolism, and Elimination of the Penetration Enhancer Azone in Humans After Prolonged Application Under Occlusion. *Int. J. Pharm.* **47**:43-49 (1988).

37. Adachi, Y.; Hosoya, K.; Sugibayashi, K.; Morimoto, Y., Chem. Pharm. Bull., 36(9), 3702-5 (1988).

38. G. D. Weinstein and J. L. McCullough. Photochemotherapy of Epithelial Diseases with Derivatives of Hematoporphyrins. U.S. Pat. 4,753,958 A, 25 Jun 1988

39. K. Sugibayashi, M. Nemoto, and Y. Morimoto. Effect of Several Penetration Enhancers on the Percutaneous Absorption of Indomethacin in Hairless Rats. *Chem. Pharm. Bull.* **36**(4):1519-1528 (1988).

40. Chien, Y. W.; Lee, C. S.; Valia, K. H.; Chien, T. Y., PCT Int. Appl. WO 87/7138 A1, 3 Dec 1987; Appl. 87/US1202, 29 May 1987; US Appl. 868709, 30 May 1986.

41. A. Kydonieus, K. R. Shah, and B. Berner. Article for Administration of Pharmacologically-Active Substances. Eur. Pat. Appl. EP 251425 A1, 7 Jan 1988; Appl. 87/302369, 19 Mar 1987; US Appl. 847635, 3 Apr 1986.

42. M. L. Francoeur and R. O. Potts. Transdermal Flux Enhancing Compositions. Eur. Pat. Appl. EP 271983 A1, 22 Jun 1988; Appl. 87/309459, 27 Oct 1987; US Appl. 925641, 31 Oct 1986.

43. M. A. Zupon and J. A. Sequerira. Compositions and Method of Enhancement of the Transdermal Flux of Albuterol with a Combination of 1-dodecyl-azacycloheptan-2-one and Urea. U.S. Patent 4,699,777 A, 13 Oct 1987.

44. Peck, J. V.; Minaskanian, G., PCT Int. Appl. WO 87/4594 A1, 13 Aug 1987; Appl. 87/US191, 29 Jan 1987; US Appl. 824845, 31 Jan 1986.

45. J. C. Beastall, J. Hadgraft, and C. Washington. Mechanism of Action of Azone as a Percutaneous Penetration Enhancer: Lipid Bilayer Fluidity and Transition Temperature Effects. *Int. J. Pharm.* **43**:207-13 (1988).

46. E. Touitou. Skin Permeation Enhancement by n-Decyl Methyl Sulfoxide: Effect of Solvent Systems and Insights on Mechanism of Action. *Int. J. Pharm.* **43**(1-2):1-7 (1988).

47. M. Goodman and B. W. Barry. Differential Scanning Calorimetry of Human Stratum Corneum Effects of Penetration Enhancers Azone and DMSO. *Anal. Proc.* (London), **23**(11):397-398 (1986).

48. T. Ogiso, Y. Ito, M. Iwaki, and H. Atago. Absorption of Indomethacin and its Calcium Salt Through Rat Skin: Effect of Penetration Enhancers and Relationship Between *in vivo* and *in vitro* Penetration. *J. Pharmacobiodyn.* **9**(6):517-525 (1986).

49. Sugibayashi, K.; Hosoya, K.; Morimoto, Y., Recent Adv. Chemother., Proc. Int. Congr. Chemother., 14th, Volume Anticancer Sect. 1, 331-2, Ishigami, J., editor, Univ. Tokyo Press: Tokyo, Japan (1985).

50. T. Ogiso, Y. Ito, M. Iwaki, H. Atago, C. Tanaka, N. Maniwa, and S. Ishida. Percutaneous Absorption of Dexamethasone Acetate and Palmitate, and the Plasma Concentration. *Chem. Pharm. Bull.* **35**(10):4263-4270 (1987).

51. M. A. Kassem and K. E. Schulte. Effect of Benzyl Nicotinate of the Percutaneous Absorption of Dexamethasone in the Rat. *Eur. J. Drug Metab. Pharmacokinet.* **5**(1):25-28 (1980).

52. K. Uekama, M. Otagiri, A. Sakai, T. Irie, N. Matsuo, and Y. Matsuoka. Improvement in the Percutaneous Absorption of Beclomethasone Dipropionate by Gamma-cyclodextran Complexation. *J. Pharm. Pharmacol.* **37**(8):532-535 (1985).

53. K. Uekama, K. Arimori, A. Sakai, K. Masaki, T. Irie, and M. Otagiri. Improvement in Percutaneous Absorption of Prednisolone by Beta- and Gamma- Cyclodextrin Complexations. *Chem. Pharm. Bull.* **35**(7):2910-2913 (1987).

54. Bodor, N.; Sloan, K. B., Int. J. Pharm., 15(3), 235-50 (1983).

55. B. J. Aungst. Structure/Effect Studies of Fatty Acid Isomers as Skin Penetration Enhancers and Skin Irritants. *Pharm. Res.* 6(3):244-247 (1989).

56. K. Kushida, K. Masaki, M. Matsumura, T. Ohshima, H. Yoshikawa, K. Takada, and S. Muranishi. Application of Calcium Thioglycolate to Improve Transdermal Delivery of Theophylline in Rats. *Chem. Pharm. Bull.* 32(1):268-274 (1984).

57. T. Eckert, F. H. Kemper, M. Wischniewski, and R. Hempel. Readily Absorbable Pharmaceutical Compositions of Per Se Poorly Absorbable Pharmacologically Active Agents and Preperation Thereof. U.S. Patent 4,722,941 A, 2 Feb. 1988.

58. F. Kaiho, R. Koike, H. Nomura, H. Hara, K. Maruka, M. Dohi, and Y. Kato. Enhancing Effect of Cetyl Lactate on the Percutaneous Absorption of Indomethacin in Rats. *Chem. Pharm. Bull.* 37(4):1114-1116 (1989).

59. T. Ohshima, H. Yoshikawa, K. Takada, and S. Muranishi. Enhancing Effect of Absorption Promoters on Percutaneous Absorption of a Model Dye (6-Carboxyfluorescein) as Poorly Absorbable Drugs. III. Histological Study After Addition of Various Absorption Promoters in Rats. *J. Pharmacobiodyn.* 9(3):223-228 (1986).

60. T. Ohshima, H. Yoshikawa, K. Takada, and S. Muranishi. Enhancing Effect of Absorption Promoters on Percutaneous Absorption of a Model Dye (6-Carboxyfluorescein) as Poorly Absorbable Drugs. I. Comparison of Plasma Levels After Addition of Various Absorption Promoters in Rats. *J. Pharmacobiodyn.* 7(9):648-655 (1984).

61. O. Wong, J. Huntington, R. Konishi, J. H. Rytting, and T. Higuchi. Unsaturated Cyclic Areas as New Nontoxic Biodegradable Transdermal Penetration Enhancers I: Synthesis. *J. Pharm. Sci.* 77(11):967-971 (1988).

62. T. Higuchi and S. A. Pogany. Novel Cyclic Ureas as Dermal Penetration Enhancers. Eur. Pat. Appl. EP 222664 A2, 20 May 1987; Appl. 86/402439, 30 Oct 1986; U.S. Patent 4,677,131, 30 Jun 1987.

63. E. Touitou and B. Fabin. Altered Skin Permeation of a Highly Lipopholic Molecule: Tetrahydrocannibinol. *Int. J. Pharm.* 43(1-2):17-22 (1988).

64. F. S. K. MacMillan and W. I. Lyness. Compositions for Topical Application to Animal Tissue and Method of Enhancing Pentration by Them. U.S. Patent 3,953,599. 27 Sept. (1976).

65. F. S. K. MacMillan and W. I. Lyness. Compositions for Topical Application to Animal Tissue and Method of Enhancing Penetration Thereof. U.S. Patent 3,839,566, 1 Oct 1974.

66. Creasey, N. H.; Allenby, A. C.; Schock, C., Brit. J. Dermatol., 85(i), 368-80 (1971).

67. D. L. Johnson, T. A. Senta, and L. M. Sirvio. Topical Medicament Preparations. U.S. Patent 4,411,893 A, 25 Oct 1983.

68. S. Kondo, T. Mizuno, and I. Sugimoto. Effects of Penetration Enhancers on Percutaneous Absorption of Nifedipine. *J. Pharmacobiodyn.* 11(2):88-94 (1988).

69. R. R. Wickett, E. R. Cooper, and M. E. Loomans. Penetrating Topical Pharmaceutical Compositions. Eur. Pat. Appl. EP 43738 A2, 13 Jan 1982; Appl. 81/303128, 9 Jul 1981; US Appl. 167167, 9 Jul 1980.

70. W. L. Leudders. Anti-Acne Composition and Method. Eur. Pat. Appl. EP 27286, 22 Apr 1981; US Appl. 84252, 12 Oct 1979.

71. B. Akerman, G. Haegerstam, B. G. Pring, and R. Sandberg. Penetration Enhancers and Other Factors Governing Percutanous Local Anaesthesia with Lidocaine. *Acta Pharmacol. Toxicol.* **45**(1):58-65 (1979).

72. H. H. Sharata and R. R. Burnette. Effect of Dipolar Aprotic Permeability Enhancers on the Basal Stratum Corneum. *J. Pharm. Sci.* **77**(1):27- 32 (1988).

73. T. Kurihara-Bergstrom, G. L. Flynn, and W. I. Higuchi. Physicochemical Study of Percutaneous Absorption Enhancement by Dimethyl Sulfoxide: Kinetic and Thermodynamic Determinants of Dimethyl Sulfoxide Mediated Mass Transfer of Alkanols. *J. Pharm. Sci.* **75**(5):479-486 (1986).

74. D. J. Freeman, N. V. Sheth, and S. L. Spruance. Failure of Topical Acyclovir in Ointment to Penetrate Human Skin. *Antimicrob. Agents Chemother.* **29**(5):730-732 (1986).

75. Saito, K.; Heller, J.; Skinner, W. A., Ger. Offen. DE 3503279 A1, 8 Aug 1985; Appl. 3503279, 31 Jan 1985; US Appl. 576087, 1 Feb 1984.

76. T. Kurihara-Bergstrom, G. L. Flynn, and W. I. Higuchi. Physicochemical Study of Percutaneous Absorption Enhancement by Dimethyl Sulfoxide: Dimethyl Sulfoxide Mediation of Vidarabine (ara-A) Permeation of Hairless Mouse Skin. *J. Invest. Dermatol.* **89**(3):274-280 (1987).

77. Moellgaard, B.; Hoelgaard, A., Arch. Pharm. Chemi, Sci. Ed., 13(3-4), 71-8 (1985).

78. S. L. Spruance, M. B. McKeough, and J. R. Cardinal. Penetration of Guinea Pig Skin by Acyclovir in Different Vehicles and Correlation with the Efficacy of Topical Therapy of Experimental Cutaneous Herpes Simplex Virus Infection. *Antimicrob. Agents Chemother.* **25**(1):10-15 (1984).

79. P. H. Dugard and R. J. Scheuplein. Effect of Ionic Surfactants on the Permeability of Human Epidermis: An Electrometric Study. *J. Invest. Dermatol.* **60**(5):263-269 (1973).

80. S. L. Spruance, M. B. McKeough, and J. R. Cardinal. Dimethyl Sulfoxide as a Vehicle for Topical Antiviral Chemotherapy. *Ann. N. Y. Acad. Sci.* **411**(Biol. Actions Med. Appl. Dimethyl Sulfoxide):28-33 (1983).

81. R. J. Herschler. Compositions for Topical Application for Enhancing Tissue Penetration of Physiologically Active Agents with DMSO. U.S. Patent 3,711,602, 16 Jan 1973.

82. D. Southwell and B. W. Barry. Penetration Enhancement in Human Skin; Effect of 2-Pyrrolidone, Dimethylformamide, and Increased Hydration on Finite Dose Permeation of Aspirin and Caffeine. *Int. J. Pharm.* **22**(2-3):291-298 (1984).

83. J. A. Zupan. Use of Eucalyptol for Enhancing Skin Permeability of Bioaffecting Agents. Eur. Pat. Appl. EP 69385 A2, 12 Jan 1983; Appl. 82/106021, 6 Jul 1982; US Appl. 280967, 7 Jul 1981.

84. Ghanem, A.; Mahmoud, H.; Higuchi, W. I.; Rohr, U. D.; Borsadia, S.; Liu, P.; Fox, J. L.; Good, W. R., J. Controlled Release, 6, 75-83 (1987).

85. K. Hara, T. Kamiya, T. Inoue, H. Yorozu, Y. Eguchi, and K. Tsujii. Percutaneous Absorption Accelerator and Preparation Containing Same. Eur. Pat. Appl. EP 162239 A1, 27 Nov 1985; Appl. 85/103811, 29 Mar 1985; JP Appl. 84/82464, 23 Apr 1984; JP Appl. 84/150154, 19 Jul 1984.

86. J. Hadgraft, K. A. Walters, and P. K. Wotton. Facilitated Percutaneous Absorption: A Comparison and Evaluation of Two *in vitro* Models. *Int. J. Pharm.* **32**(2-3):257-263 (1986).

87. Hadgraft, J.; Wotton, P. K., Dermatology (N. Y.), 6(Percutaneous Absorpt.), 87-95 (1985).

88. Aungst, B. J.; Rogers, N. J.; Shefter, E., Int. J. Pharm., 33(1-3), 225-34 (1986).

89. P. P. Sarpotdar, and J. L. Zatz. Percutaneous Absorption Enhancement by Nonionic Surfactants. *Drug Dev. Ind. Pharm.* **12**:1625-1647 (1986).

90. Y. Makino, Y. Suzuki, and T. Aoyagi. Pharmaceutical Compositions for External Use Containing Active Type Vitamin D3. Eur. Pat. Appl. EP 177920 A2, 16 Apr 1986; Appl. 85/112679, 7 Oct 1985; JP Appl. 84/209631, 8 Oct 1984; JP Appl. 85/162893, 25 Jul 1985.

91. B. Aungst and R. C. Di Luccio. Transdermal Delivery of Opioids. Eur. Pat. Appl. EP 171742 A2, 19 Feb 1986; Appl. 85/109909, 7 Aug 1985; US Appl. 639385, 10 Aug 1984; US Appl. 741762, 10 Jun 1985.

92. E. R. Cooper, E. W. Merritt, and R. L. Smith. Effect of Fatty Acids and Alcohols on the Penetration of Acyclovir Across Human Skin *in vitro*. *J. Pharm. Sci.* **74**(6):688-689 (1985).

93. D. E. Nedberge, P. S. Campbell, R. M. Gale, and S. I. Yum. Transdermal Contraseptive Formulations. Eur. Pat. Appl. EP 279982 A1, 31 Aug 1988; Appl. 87/309800, 5 Nov 1987; US Appl. 19163, 26 Feb 1987.

94. Y. L. Cheng, D. E. Nedberge, and E. Sugihara. Skin Permeation Enhancer Compositions Using Glycerol Monolaurate. Eur. Pat. Appl. EP 279986 A1, 31 Aug 1988; Appl. 87/310772, 8 Dec 1987; US Appl. 19470, 26 Feb 1987.

95. D. D. Tang-liu, J. Neff, H. Zolezio, and R. Sandri. Percutaneous and Systemic Disposition of Hexamethylene Lauramide and its Penetration Enhancement Effect on Hydrocortisone in a Rat Sandwich Skin-flap Model. *Pharm. Res.* **5**(8):477-481 (1988).

96. D. Mirejovsky and H. Takruri. Dermal Penetration Enhancement Profile of Hexamethylenelauramide and its Homologues: *In vitro* Versus *in vivo* Behavior of Enhancers in the Penetration of Hyrocortisone. *J. Pharm. Sci.* **75**(11):1089-1093 (1986).

97. S. L. Bennett, B. W. Barry, and R. J. Woodford. Optimization of Bioavailability of Topical Steroids Nonoccluded Penetration Enhancers Under Thermodynamic Control. *J. Pharm. Pharmacol.* 37(5):298-304 (1985).

98. R. A. Patel and R. C. Vasavada. Transdermal Delivery of Isoproterenol HCl: An Investigation of Stability, Solubility, Partition Coefficient, and Vehicle Effects. *Pharm. Res.* 5(2):116-119 (1988).

99. Aberg, G.; Adler, G., Arzneim.-Forsch., 26(1), 78-80 (1976).

100. Nagai, T. J. Controlled Release. 2:121-34 (1985).

101. S. Kondo, C. Yamanaka, and I. Sugimoto. Enhancement of Transdermal Delivery by Superfluous Thermodynamic Petential. III. Percutaneous Absorption of Nifedipine in Rats. *J. Pharmacobiodyn.* **10**(12):743-749 (1987).

102. Uehara, K.; Nakao, Y.; Fukuda, M.; Kawajiri, Y.; Sakamoto, T.; Shimada, F., Jpn. Kokai Tokkyo Koho JP 60/202813 A2 [85/202813], 14 Oct 1985; Appl. 84/58337, 28 Mar 1984.

103. R. Kadir, D. Stempler, Z. Liron, and S. Cohen. Penetration of Adenosine into Excised Human Skin from Binary Vehicles: Enhancement Factor. *J. Pharm. Sci.* 77(5)409-413 (1988).

104. K. Sato, K. Sugibayashi, and Y. Morimoto. Effect and Mode of Action of Aliphatic Esters on the *in vitro* Skin Permeation of Nicorandil. *Int. J. Pharm.* **43**(1-2):31-40 (1988).

105. Chien, Y. W.; Tojo, K., PCT Int. Appl. WO 87/42 A1, 15 Jan 1987; Appl. 86/US1363, 27 Jun 1986; US Appl. 751126, 2 Jul 1985.

106. Dell, H. D.; Kraus, R.; Schierstedt, D., Ger. Offen. DE 3323832 A1, 3 Jan 1985.

107. T. C. Usher. Cosmetic Preparation Comprising Novel Elastin Derivatives. U.S. Patent 4,659,740 A, 21 Apr 1987.

108. P. P. Sarpotdar, J. L. Gaskill, R. P. Giannini, and C. R. Daniels. L-alpha Amino Acids as Transdermal Penetration Enhancers. U. S. Patent 4,732,892. 22 Mar. (1988).

109. Y. Konno, H. Kawata, M. Aruga, T. Sonobe, and M. Mitomi. Medicinal Patch. Eur. Pat. Appl. EP 153200 A3, 25 Sept 1985; Appl. 85/301163, 21 Feb 1985; JP Appl. 84/31935, 21 Feb 1984.

110. Saito, K.; Heller, J.; Skinner, W. A., Ger. Offen. DE 3424057 A1, 10 Jan 1985; Appl. 3424057, 29 Jun 1984; US Appl. 510133, 1 Jul 1983.

111. P. G. Green and J. Hadgraft. the Use of Second-Order Derivative UV Spectroscolpy to Monitor the Percutaneous Absorption of Naphazoline and Oxprenolol. *Int. J. Pharm.* 46(3):193-198 (1988).

112. Fawzi, M.; Iyer, U. R.; Mahjour, M., PCT Int. Appl. WO 88/7871 A1, 20 Oct 1988; Appl. 88/US886, 18 Mar 1988; US Appl. 37671, 13 Apr 1987.

113. Ertel, K. D.; Carstensen, J. T., Int. J. Pharm., 34(1-2), 179-81 (1986).

114. Hsieh, D., PCT Int. Appl. WO 87/3473 A1, 18 Jun 1987; Appl. 86/US2583, 28 Nov 1986; US Appl. 804661, 4 Dec 1985; US Appl. 899049, 21 Aug 1986.

115. A. G. Tsuk. Enhancement of Transdermal Drug Delivery. Eur. Pat. Appl. EP 147146 A2, 3 Jul 1985; Appl. 84/308766, 14 Dec 1984; US Appl. 564654, 22 Dec 1983.

116. Chukwumerije, O., Avail. Univ. Microfilms Int., Order No. DA 8819789, From: Diss. Abstr. Int. B 1989, 49(7), 2659-60 (1988).

117. E. R. Cooper, M. E. Loomans, and M. B. Fawzi. Improved Penetrating Topical Pharmaceutical Compositions Containing Corticosteroids. Eur. Pat. Appl. EP 129283 A2, 27 Dec 1984; Appl. 84/200821, 12 Jun 1984; US Appl. 506274, 21 Jun 1983; US Appl. 576065, 1 Feb 1984.

118. J. R. Bond and B. W. Barry. Hairless Mouse Skin is Limited as a Model for Assessing the Effects of Penetration Enhancers in Human Skin. *J. Invest. Dermatol.* **90**(6):810-813 (1988).

119. J. M. Franz, A. I. Gaillard, H. I. Maibach, and A. Schweitzer. Percutaneous Absorption of Flufenamic Acid in Rabbits: Effect of Dimethyl Sulfoxide and Various Nonionic Surface-Active Agents. *Arch. Dermatol. Res.* **27**(3):275-282 (1981).

120. J. V. Peck and G. Minaskanian. Penetration Enhancers for Transdermal Delivery of Sytemic Agents. Eur. Pat. Appl. EP 268222 A2, 25 May 1988; Appl. 87/116757, 13 Nov 1987; U.S. Patent 4,917,896, 17 Apr 1990.

121. Barry, B. W., Dermatology (N. Y.), 6(Percutaneous Absorpt.), 489-511 (1985).

122. S. A. Akhter, and B. W. Barry. Absorption Through Human Skin of Ibuprofen and Flurbiprofen; Effect of Dose Variation Deposited Drug Films, Occlusion and the Penetration Enhancer N-methyl-2-pyrrolidone. *J. Pharm. Pharmacol.* **37**(1):27-37 (1985).

123. A. Hoelgaard, B. Mollgaard, and E. Baker. Vehicle Effect on Topical Drug Delivery. Part 4. Effect of N-methylpyrrolidone and Polar Lipids on Percutaneous Drug Transport. *Int. J. Pharm.* **43**(3):233-240 (1988).

124. B. W. Barry and S. L. Bennett. Effect of Penetration Enhancers on the Permeation of Mannitol, Hydrocortisone and Progesterone Through Human Skin. *J. Pharm. Pharmacol.* **39**(7):535-546 (1987).

125. Southwell, D.; Barry, B. W.; Evans, R.; Fildes, F. J. T., J. Pharm. Pharmacol., 33(Suppl.), 3P (1981).

126. Nakaue, H. S.; Buhler, D. R., Toxicol. Appl. Pharmacol., 35(2), 381-91 (1976).

127. H. Okamoto, M. Hashida, and H. Sezaki. Structure-Activity Relationship of 1-alkyl or 1-alkenylazacycloalkanone Derivatives as Percutaneous Penetration Enhancers. *J. Pharm. Sci.* **77**(5):418-424 (1988).

128. M. Yamada and Y. Uda. Percutaneous Pharamaceutical Preparations for External Use. Eur. Pat. Appl. EP 127468 A2, 5 Dec 1984; Appl. 84/303559, 25 May 1984; JP Appl. 83/93153, 26 May 1983; JP Appl. 84/56923, 23 Mar 1984.

129. Y. Abe, S. Satoh, M. Hori, and N. Yamanaka. Composition for Percutaneous Administration. Eur. Pat. Appl. EP 182635 A1, 28 May 1986; Appl. 85/308359, 15 Nov 1985; JP Appl. 84/241456, 15 Nov 1984; JP Appl. 85/61687, 25 Mar 1985.

130. K. S. Ryatt, J. M. Stevenson, H. I. Maibach, and R. H. Guy. Pharmacodynamic Measurement of Percutaneous Penetration Enhancement *in vivo*. *J. Pharm. Sci.* **75**(4):374-377 (1986).

131. B. W. Barry, D. Southwell, and R. Woodford. Optimization of Bioavailability of Topical Steroids: Penetration Enhancers Under Occlusion. *J. Invest. Dermatol.* **82**(1):49-52 (1984).

132. R. P. Moody, D. Riedel, L. Ritter, and C. A. Franklin. The Effect of DEET (N,N-diethyl-m-toluamide) on Dermal Persistence and Absorption of the Insectiside Fenitrothionin in Rats and Monkeys. *J. Toxicol. Environ. Health.* **22**(4):471-479 (1987).

133. J. J. Windheuser, J. L. Haslam, L. Caldwell, and R. D. Shaffer. The Use of N,N-diethyl-m-toluamide to Enhance Dermal and Transdermal Delivery of Drugs. *J. Pharm. Sci.* **71**(11):1211-1213 (1982).

134. J. L. Fabregas, J. Cucala, J. Segura, and E. Tarrus. Percutaneous Absorption of Piketoprofen in Rabbits: Effects of Nonionic Surface-Active Agents. *Farmaco, Ed. Prat.* **41**(5):177-183 (1986).

135. Sarpotdar, P. P.; Zatz, J. L., Drug Dev. Ind. Pharm., 13(1), 15-37 (1987).

136. Muranishi, S.; Kamiyama, F., Jpn. Kokai Tokkyo Koho JP 63/218630 A2 [88/218630], 12 Sep 1988; Appl. 87/52449, 6 Mar 1987.

137. E. R. Cooper. Penetrating Topical Pharmaceutical Compositions Containing 9-(2-hydroxyethoxymethyl)guanine. Eur. Pat. Appl. EP 95813 A2, 7 Dec 1983; Appl. 83/200757, 27 May 1983; US Appl. 383891, 1 Jun 1982; US Appl. 489663, 6 May 1983.

138. NEC Corp., Jpn. Kokai Tokkyo JP 60/69015 A2 [85/69015], 19 Apr 1985; Appl. 83/179794, 27 Sep 1983.

139. Mizuno, N.; Aoki, M.; Kamada, A.; Yata, N., Bitamin, 39(1), 26-32 (1969).

140. C. D. Yu and J. S. Kent. Effect of Propylene Glycol on Subcutaneous Absorption of a Benzimidazole Hydrochloride. *J. Pharm. Sci.* **71**(4):476-478 (1982).

141. P. K. Wooton, B. Moellgaard, J. Hadgraft, and A. Hoelgaard. Vehicle Effect on Topical Drug Delivery, III, Effect of Azone on the Cutaneous Permeation of Metronidazole and Propylene Glycol. *Int. J. Pharm.* **24**(1):19-26 (1985).

142. S. M. Milosovich, A. A. Hussain, M. Hussain, and L. W. Dittert. The Utilization of Prodrugs to Enhance Transdermal Absorption of Testosterone, Deoxycorticosterone, and Indomethacin. *Prog. Clin. Biol. Res.* **292**(Biol. Synth, Membr.):273-277 (1989).

143. E. R. Cooper. Increased Skin Permeability for Lipophilic Molecules. *J. Pharm. Sci.* **73**(8):1153-1156 (1984).

144. R. J. Herschler. Enhancing Tissue Penetration of Physiologically Active Agents with DMSO. U.S. Patent 3,551,554, 29 Dec 1970.

145. Hoffmann, V.; Ringsdorf, H.; Muacevic, G., Makromol. Chem., 176(7), 192943 (1975)-

146. P. P. Sarpotdar, J. L. Gaskill, and R. P. Giannini. Effect of Polyethylene Glycol 400 on the Penetration of Drugs Through Human Cadaver Skin *in vitro*. *J. Pharm. Sci.* **75**(1):26-28 (1986).

147. P. P. Sarpotdar and J. L. Zatz. Evaluation of Penetration Enhancement of Lidocaine by Nonionic Surfactants Through Hairless Mouse Skin *in vitro*. *J. Pharm. Sci.* **75**(2):176-181 (1986).

148. S. Buyuktimkin, N. Buyuktimkin, and J. H. Rytting. Physiochemical Characteristics of Some Penetration Enhancers and Their Effects on Epithelial Membrane Lipid Domains and the Transdermal Delivery of Some Drugs. *Pharm. Res.* **12**(9):S285 (1995).

149. Bodor, N., PCT Int. Appl. WO 86/2272 A1, 24 Apr 1986; Appl. 85/US1951, 9 Oct 1985; US Appl. 659919, 11 Oct 1984.

150. N. Tsuzuki, O. Wong, and T. Higuchi. Effect of Primary Alcohols on Percutaneous Absorption. *Int. J. Pharm.* **46**(1- 2):19-23 (1988).

151. K. B. Sloan, M. Hashida, J. Alexander, N. Bodor, and T. Higuchi. Prodrugs of 6-thiopurines: Enhanced Delivery Through the Skin. *J. Pharm. Sci.* **72**(4):372-378 (1983).

152. M. Yamada and Y. Uda. Enhancement of Percutaneous Absorption of Molsidomine. *Chem. Pharm. Bull.* **35**(8):3390-3398 (1987).

153. M. Yamada, Y. Uda, and Y. Tanigawara. Mechanism of Enhancement of Percutaneous Absorption of Molsidomine by Oleic Acid. *Chem. Pharm. Bull.* **35**(8):3399-3406 (1987).

154. Y. Uda and M. Yamada. Percutaneous Pharmaceutical Compositions for External Use. Eur. Pat. Appl. EP 127426 A1, 5 Dec 1984; Appl. 84/303461, 22 May 1984; JP Appl. 83/91239, 23 May 1983; JP Appl. 84/56922, 23 Mar 1984.

155. S. L. Spruance, M. McBeough, K. Sugibayashi, F. Robertson, P. Gaede, and D. S. Clark. Effect of Azone and Propylene Glycol on Penetration of Trifluorothymidine Through Skin and Efficacy of Different Topical Formulations Against Cutaneous Herpes Simplex Virus Infections in Guinea Pigs. *Antimicrob. Agents Chemother.* **26**(6):819-823 (1984).

156. J. Alexander and T. Higuchi. Pyroglutamic Acid Esters Used as Dermal Penetration Enhancers for Drugs. Eur. Pat. Appl. EP 227531 A2, 1 Jul 1987; Appl. 86/402639, 27 Nov 1986; U.S. Patent 4,762,851, 9 Aug 1988.

157. Y. Makino, H. Matugi, and Y. Suzuki. External Pharmaceutical Composition. Eur. Pat. Appl. EP 173990 A2, 12 Mar 1986; Appl. 85/111034, 2 Sep 1985; JP Appl. 84/182724, 3 Sep 1984.

158. H. Sasaki, M. Kojima, Y. Mori, J. Nakamura, and J. Shibasaki. Enhancing Effect of Pyrrolidone Derivatives on Transdermal Drug Delivery. I. *Int. J. Pharm.* **44**(1-3):15-24 (1988).

159. W. A. Ritschel and O. L. Sprockel. Sorption Promoters for Topically Applied Substances. *Drugs of Today.* **24**(8):613-628 (1988).

160. C. Young, C. K. Shim, M. H. Lee, and S. K. Kim. Effect of Sodium Salicylate on *in vitro* Percutaneous Penetration of Isopropamide Iodide Through Mouse Skin. *Int. J. Pharm.* **45**(1-2):59-64 (1988).

161. E. Bombardelli, G. F. Patri, and R. Pozzi. Complexes of Saponins with Phospholipid and Pharmaceutical and Cosmetic Compositions Containing Them. Eur. Pat. Appl. EP 283713 A2, 28 Sep 1988; Appl. 88/102321, 18 Feb 1988; IT Appl. 87/19496, 26 Feb 1987.

162. Y. W. Chien, H. Xu, C. C. Chiang, and Y. C. Huang. Transdermal Controlled Administration of Indomethacin. I. Enhancement of Skin Permeability. *Pharm. Res.* **5**(2):103-106 (1988).

163. D. E. Smith. Dermatological Compositions. U.S. Patent 3,952,099, 20 Apr 1976.

164. D. E. Smith. Dermatological Compositions. U.S. Patent 4,046,886, 6 Sep 1977.

165. Y. L. Cheng, R. M. Gale, E. Sugihara, and H. F. Sanders. Skin Permeation Enhancer Compositions Using Sucrose Esters. Eur. Pat. Appl. EP 280413 A1, 31 Aug 1988; Appl. 88/300772, 29 Jan 1988; US Appl. 19442, 26 Feb 1987.

166. Southwell, D.; Barry, B. W.; Evans, R.; Fildes, F. J. T., J. Pharm. Pharmacol., 32(Suppl.), 9P (1980).

167. Y. Morimoto, K. Sugibayashi, K. Hosoya, and W. I. Higuchi. Penetration Enhancing Effect of Azone on the Transport of 5 Fluorouracil Across the Hairless Rat Skin. *Int. J. Pharm.* **32**(1):31-38 (1986).

168. T. Higuchi. Sympathomimetic Topical and Percutaneous Administration with Halogenated Promoters. U.S. Patent 3,968,245, 6 Jul 1976.

169. T. Higuchi. Anaesthetic Topical and Percutaneous Administration with Selected Promoters. U.S. Patent 3,891,757, 24 Jun 1975.

170. Hoelgaard, A.; Moellgaard, B., J. Controlled Release, 2, 111-20 (1985).

171. Moloney, S. J., Arch. Dermatol. Res., 288(1), 67-70 (1988).

172. Allenby, A. C.; Creasey, N. H.; Edginton, J. A. G.; Fletcher, J. A.; Schock, C., Brit. J. Dermatol., Suppl., 81(4), 47-55 (1969).

173. S. Kondo and I. Sugimoto. Enhancement of Transdermal Delivery by Superfluous Thremodynamic Potential. I. Thermodynamic Analysis of Nifedipine Transport Across the Lipoidal Barrier. *J. Pharmacobiodyn.* **10**(10):587-594 (1987).

174. Coldman, M. F.; Poulsen, B. J.; Higuchi, T., J. Pharm. Sci., 58(9), 1098-102 (1969).

175. Friend, D.; Catz, P.; Heller, J., J. Controlled Release, 9, 33-41 (1989).

176. E. R. Cooper. Improved Penetrating Topical Pharmaceutical Compositions Containing 1-dodecyl-azacycloheptan-2-one. Eur. Pat. Appl. EP 129284 A2, 27 Dec 1984; Appl. 84/200822, 12 Jun 1984; US Appl. 506275, 21 Jun 1983.

177. G. M. Golden, J. E. McKie, and R. O. Potts. Role of Stratum Corneum Lipid Fluidity in Transdermal Drug Flux. *J. Pharm. Sci.* **76**:25-28 (1987).

178. P.G. Green, R. H. Guy, and J. Hadgraft. *In vitro* and *In vivo* Enhancement of Skin Permeation with Oleic and Lauric Acids. *Int. J. Pharm.* **48**(1-3):103-111 (1988).

179. G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. PCT Int. Appl. WO 88/2765 A1, 21 Apr 1988; Appl. 87/US2581, 7 Oct 1987; U.S. Patent 4,801,586, 31 Jan 1989.

180. T. X. Viegas, A. H. Hikal, and R. W. Cleary. Formulation of Penetration Enhancers in Polymers. *Drug Dev. Ind. Pharm.* **14**(6):855-866 (1988).

181. J. W. Wiechers, B. F. Drenth, J. H. Jonkman, and R. A. De Zeeuw. Percutaneous Absorption and Elimination of the Penetration Enhancer Azone in Humans. *Pharm. Res.* **4**(6):519-523 (1987).

182. R. Vaidyanathan, V. J. Rajadhyaksha, B. K. Kim, and J. J. Anisko. *Transdermal Delivery Drugs*. A. F. Kydonieus and B. Berner, Eds. (CRC, Boca Raton, Fl. 1987). Vol. 2:63-83.

183. K. Hosoya, N. Shudo, K. Sugibayashi, and Y. Morimoto. Effect of Azone on the Percutaneous Absorption of 5-Fluorouracil from Gels in Hairless Rats. *Chem. Pharm. Bull.* **35**(2):726-733 (1987).

184. S. Satoh, I. Kobayashi, Y. Takakura, and M. Tamada. Base Composition for Medicament and Pharmaceutical Composition for External Medication. U.S. Patent 4,594,243 A, 10 Jun 1986.

185. D. S. L. Chow, I. Kaka, and T. I. Wang. Concentration Dependent Enhancement of 1-dodecylazacycloheptan-2-one on the Percutaneous Penetration Kinetics of Triamcinolone Acetonide. *J. Pharm. Sci.* 73(12):1794-1799 (1984).

186. J. Hadgraft. Penetration Enhancers in Percutaneous Absorption. *Pharm. Int.* **5**(10):252-254 (1984).

187. V. J. Rajadhyaksha. Penetration Enhancers for Transdermal Drug Delivery of Systemic Agents. U.S. Patent 4,405,616 A, 20 Sep 1983.

188. R. B. Stoughton. Enhanced Percutaneous Penetration with 1-dodecylazacycloheptan-2-one. *Arch. Dermatol.* **118**(7):474-477 (1982).

189. V. J. Rajadhyaksha. Vehicle Composition Containing 1-Substituted Azacycloheptan-2-ones. U.S. Patent 3,989,816, 2 Nov 1976.

190. Hou, S. Y. E., Avail. Univ. Microfilms Int., Order No. DA8801336, From: Diss. Abstr. Int. B 1988, 49(3), 705 (1987).

191. C. J. Weber, D. Jicha, S. Matz, J. Siverly, T. O'Dorisio, L. Strausberg, J. Laurencot, A. McLarty, J. Norton, et. al. Passage of Somatostatin Analogue Across Human and Mouse Skin. *Surgery.* **102**(6):974-981 (1987).

192. P. Catz and D. R. Friend. Alkyl Esters as Skin Permeation Enhancers for Indomethacin. *Int. J. Pharm.* **55**:17-23 (1989).

193. P. Catz and D. R. Friend. Transdermal Delivery of Levonorgestrel. VIII. Effect of Enhancers on Rat Skin, Hairless Mouse Skin, Hairless Guinea Pig Skin, and Human Skin. *Int. J. Pharm.* **58**:93-102 (1990).

194. D. R. Friend and J. Heller. Simple Alkyl Esters as Skin Penetration Enhancers *Pharmaceutical Skin Penetration Enhancement*. K. A. Walters and J. Hadgraft, Eds. (Marcel Dekker 1993). pp. 31-56.

195. G. P. Martin. Phospholipids as Skin Penetration Enhancers. *Pharmaceutical Skin Penetration Enhancement*. K. A. Walters and J. Hadgraft, Eds. (Marcel Dekker 1993). pp. 57-93.

196. B. W. Barry and A. C. Williams. Terpenes as Skin Penetration Enhancers. *Pharmaceutical Skin Penetration Enhancement*. K. A. Walters and J. Hadgraft, Eds. (Marcel Dekker 1993). pp. 95-111.

197. J. A. Zupan. Use of Eucalyptol for Enhancing Skin Permeation of Bioaffecting Agents. European Patent 0069385 (1983).

198. J. Hadgraft, D. G. Williams, and G. Allan. Azone: Mechanisms of Action and Clinical Effect. *Pharmaceutical Skin Penetration Enhancement*. K. A. Walters and J. Hadgraft, Eds. (Marcel Dekker 1993). pp. 175-197.

199.  R. Kadir, H. L. G. M. Tiemessen, M. Ponec, H. E. Junginger, and H. E. Boddé. *Pharmaceutical Skin Penetration Enhancement* . K. A. Walters and J. Hadgraft, Eds. (Marcel Dekker 1993). pp. 215-227.

200.  B. Møllgaard. Synergistic Effects in Percutaneous Enhancement. *Pharmaceutical Skin Penetration Enhancement* . K. A. Walters and J. Hadgraft, Eds. (Marcel Dekker 1993). pp. 229-242.

201.  W. W. Shen, A. G. Danti, and F. N. Bruscato. Effect of Nonionic Surfactants on Percutaneous Absorption of Salicylic Acid and Sodium Salicylate in the Presence of Dimethyl Sulfoxide. *J. Pharm. Sci.* **65**:1780-1783 (1976).

202.  B. J. Aungst, N. J. Rogers, and E. Shefter. Enhancement of Naloxone Penetration Through Human Skin *In-Vitro* Using Fatty Acids Fatty Alcohols Surfactants Sulfoxides and Amides. *Int. J. Pharm.* **33**:225-234 (1986)

203.  C. C. Hwang and A. G. Danti. Percutaneous Absorption of Flufenamic Acid in Rabbits: Effect of Dimethyl Sulfoxide and Various Nonionic Surface-Active Agents. *J. Pharm. Sci.* **72**: 857-860 (1983).

204.  Z. T. Chowhan and R. Pritchard. Effect of Surfactants on Percutaneous Absorption of Naproxen. I: Comparisons of Rabbit, Rat, and Human Excised Skin. *J. Pharm. Sci.* **67**:1272-1274 (1978).

205.  Shahi, V.; Zatz, J.L., J. Pharm. Sci. 67:789-792 (1978)

206.  M. Mezei and K. J. Ryan. Effect of Surfactants on Epidermal Permeability in Rabbits. *J. Pharm. Sci.* **61**:1329-1331 (1972).

207.  K. A. Walters, M. Walker, and O. Olejink. Nonionic Surfactant Effects on Skin Permeability Characteristics. *J. Pharm. Pharmacol.* **40**:525-529 (1988).

208.  K. A. Walters and O. Olejink. Effects of Nonionic Surfactants on the Hairless Mouse Skin Penetration of Methyl Nicotinate. *J. Pharm. Pharmacol.* **35**:79P (1983).

209.  H. L. G. M. Tiemessen. *Nonionic Surfactant Systems for Transdermal Drug Delivery.* Ph. D. Thesis, Leiden (1989).

210.  Boonsri Ongpipattanakul. *The Perturbation of Stratum Corneum Lipids by Perdeuterated Oleic Acid and its Implication for the Enhancement in Skin Permeability.* Ph. D. Thesis, The University of Wisconsin-Madison, (1991).

211.  A. Naik, L. A. Pechtold, R. O. Potts, and R. H. Guy. Mechanism of Oleic Acid-Induced Skin Penetration Enhancement *in vivo* in Humans. *J. Controlled Release.* **37**:299-306 (1995).

212.  V. Dhall and A. P. Kakar. Effect of Skin Enhancer on Transdermal Delivery of Verapamil Hydrochloride. *Eastern Pharmacist.* **38**:153-54 (1995).

213. D. Thacharodi and K. P. Rao. Transdermal Absorption of Nifedipine from Microemulsions of Lipophilic Skin Penetration Enhancers. *Int. J. Pharm.* **111**:235-240 (1994).

214. J. Engblom, S. Engstrom, and K. Fontell. Effect of the Skin Penetration Enhancer Azone on Fatty Acid-Sodium Soap-Water Mixtures. *J. Controlled Release.* **33**:299-305 (1995).

215. P. A. Cromwell and B. W. Barry. Routes of Penetration of Ions and 5-Fluorouracil Across Human Skin and the Mechanisms of Action of Terpene Skin Penetration Enhancers. *Int. J. Pharm.* **94**:189-194 (1993).

216. C. L. Gay, T. M. Murphy, J. Hadgraft, I. W. Kellaway, C. C. Rowlands, et al. Electron Spin Resonance Study of Skin Penetration Enhancers. *Int. J. Pharm.* **49**:39-45 (1989).

217. T. Kai, V. H. Mak, R. O. Potts, and R. H. Guy. Mechanism of Percutaneous Enhancement: Effect of n-alkanols of the Permeability Barrier of Hairless Mouse Skin. *J. Controlled Release.* **12**:103-112 (1990).

218. S. Tenjarla, J. Holbrook,, P. Puranajoti, C. Pegg, K. Lowe, T. Jackson, and A. Smith. Evaluating the Irritation Potential of Skin Penetration Enhancers in the Hairless Guinea Pig. *J. Toxicol. Cut. Ocular Toxicol.* **14**(4):299-307 (1995).

219. F. Yamashita, Y. Koyama, M. Kitano, Y. Takakura, and M. Hashida. Analysis of *in vivo* Skin Penetration Enhancement by Oleic Acid Based on a Two-Layer Diffusion Model with Polar Routes in the Stratum Corneum. *Int. J. Pharm.* **117**:173-179 (1995).

220. S. W. Smith and B. D. Anderson. Human Skin Permeability Enhancement by Lauric Acid Under Equilibrium Aqueous Conditions. *J. Pharm. Sci.* **84**(5):551-556 (1995).

221. H. Bando, F. Yamashita, Y. Takakura, and M. Hashida. Skin Penetration Enhancement of Acyclovir by Prodrug-Enhancer Combination. *Biol. Pharm. Bull.* **17**(8):1141-1143 (1994).

222. F. Yamashita, H. Bando, Y. Koyama, S. Kitagawa, Y. Takakura, and M. Hashida. *In vivo* and *in vitro* Analysis of Skin Penetration Enhancement Based on a Two-Layer Diffusion Model with Polar and Nonpolar Routes in the Stratum Corneum. *Pharm. Res.* **11**(2):185-191 (1994).

223. F. Yamashita, T. Yoshioka, Y. Koyama, H. Okamoto, H. Sezaki, and M. Hashida. Analysis of Skin Penetration Enhancement Based on Two-Layer Skin Diffusion Model with Polar and Nonpolar Routes in the Stratum Corneum: Dose-Dependent Effect of 1-geranylazacylcoheptan-2-one on Drugs with Different Lipophilicities. *Biol. Pharm. Bull.* **16**(7): 690-697 (1993).

224. W. J. Lambert, W. I. Higuchi, K. Knutson, and S. L. Krill. Dose-Dependent Enhancement Effects of Azone on Skin Permeability. *Pharm. Res.* **6**(9):798-803 (1989).

225. Y. Ito, T. Ogiso, and M. Iwaki. Thermodynamic Study on Enhancement of Percutaneous Penetration of Drugs by Azone. *J. Pharmacobiodyn.* **11**(11):749-75 (1988).

226. F. Yamashita, H. Bando, Y. Takakura, and M. Hashida. Design of Skin Penetration Enhancement Via Prodrug-Enhancer Combination Based on a Diffusion Model. *Pharm. Res.* **11**(10):S183 (1994).

227. K. H. Valia, A. S. Bouldin, T. M. Lawrence, and E. C. Jensen. Enhancement of *in vitro* Skin Permeability of Dobutamine Lactobionate Using Decylmethyl Sulfoxide. *Pharm. Res.* **9**(10):S234 (1992).

228. A. Naik, L. Pechtold, R. O. Potts, and R. H. Guy. Mechanism of Skin Penetration *in-vivo* in Man. *Pharm. Res.* **9**(10):S309 (1992).

229. K. J. Stefanski, N. F. H. Ho, and R. G. Stehle. Evaluation of Lechitin as a Skin Penetration Enhancer. *Pharm. Res.* **8**(10):S146 (1991).

230. Peter Mark Taylor. *Studies on the Mode of Action of Penetration Enhancers.* Ph. D. Thesis, Council for National Academic Awards (United Kingdom), (1989).

231. M. A. Yamane, A. C. Williams, and B. W. Barry. Effects of Terpenes and Oleic Acid as Skin Penetration Enhancers Toward 5-Fluorouracil as Assessed with Time: Permeation, Partitioning, and Differential Scanning Calorimetry. *Int. J. Pharm.* **116**:237-251 (1995).

232. A. C. Williams and B. W. Barry. Essential Oils as Novel Human Skin Penetration Enhancers. *Int. J. Pharm.* **57**:R7-R9 (1989).

233. B. B. Michniak and J. M. Chapman. Comparison of Percutaneous Penetration *in vitro* Using Clofibric Acid Esters and Amides as Novel Enhancers in Two Species: Mouse and Guinea Pig. *Int. J. Cosmet. Sci.* **14**(4):153-161 (1992).

234. T. Ogiso, T. Paku, M. Iwaki, and T. Tanino. Percutaneous Penetration of Fluorescein Isothiocyanate-Dextrans and the Mechanism for Enhancement Effect of Enhancers on the Intercellular Penetration. *Biol. Pharm. Bull.* **18**(11):1566-1571 (1995).

235. W. T. Harris, S. N. Tenjarla, J. M. Holbrook, J. Smith, C. Mead, and J. Entrekin. N-pentyl N-acetylprolinate. A New Skin Penetration Enhancer. *J. Pharm. Sci.* **84**(5):640-642 (1995).

236. T. Loftsson, T. K. Gudmundsdottir, H. Fridriksdottir, A. M. Sigurdardottir, J. Thorkelsson, G. Gudmundsson, and B. Hjaltason. Fatty Acids from Cod-liver Oil as Skin Penetration Enhancers. *Pharmazie.* **50**(3):188-190 (1995).

237. K. K. Levison, K. Takayama, K. Isowa, K. Okabe, and T. Nagai. Formulation Optimization of Indomethacin Gels Containing a Combination of Three Kinds of Cyclic Monoterpenes as Percutaneous Penetration Enhancers. *J. Pharm. Sci.* **83**(9):1367-1372 (1994).

238. P. A. Cornwell and B. W. Barry. Sesquiterpene Components of Volatile Oils as Skin Penetration Enhancers for the Hydrophilic Permeant 5-fluorouracil. *J. Pharm Phamacol.* **46**(4):261-269 (1994).

239.   M. Hori, H. I. Maibach, and R. H. Guy. Enhancement of Propranolol Hydrochloride and Diazepam Skin Absorption *in vitro*. II: Drug, Vehicle, and Enhancer Penetration Kinetics. *J. Pharm. Sci.* **81**(4):330-333 (1992).

240.   Y. Takeuchi, H. Yasukawa, Y. Yamaoka, Y. Morimoto, S. Nakao, Y. Fukumori, and T. Fukuda. Destabilization of Whole Skin Lipid Bio-Liposomes Induced by Skin Penetration Enhancers and FT-IR/ATR (Fourier Transform Infrared/Attenuated Total Reflection) Analysis of Stratum Corneum Lipids. *Chem. Pharm. Bull.* **40**(2):484-487 (1992).

241.   A. C. Williams and B. W. Barry. Terpenes and the Lipid-Protein-Partitioning Theory of Skin Penetration Enhancement. *Pharm. Res.* **8**(1):17-24 (1991).

242.   M. Hori, S. Satoh, H. Maibach, and R. H. Guy. Enhancement of Propranolol Hydrochloride and Diazepam Skin Absorption *in vitro*: Effect of Enhancer Lipophilicity. *J. Pharm. Sci.* **80**(1):32-35 (1991).

243.   V. H. Mak, R. O. Potts, and R. H. Guy. Percutaneous Penetration Enhancement *in vivo* Measured by Attenuated Total Reflectance Infrared Spectroscopy. *Pharm. Res.* **7**(8):835-841 (1990).

244.   H. Okamoto, K. Muta, M. Hashida, and H. Sezaki. Percutaneous Penetration of Acyclovir Through Excised Hairless Mouse and Rat Skin: Effect of Vehicle and Percutaneous Penetration Enhancer. *Pharm. Res.* **7**(1):64-68 (1990).

245.   B. B. Michniak, M. R. Player, L. C. Fuhrman, C. A. Christensen, J. W. Sowell, et al. *In Vitro* Evaluation of a Series of Azone Analogs as Dermal Penetration Enhancers. *Int. J. Pharm.* **94**:203-210 (1993).

246.   P. G. Catz, H. W. Nolen III, and D. R. Friend. Percutaneous Penetration Enhancement of Timolol and Buprenorphine Through Rat Skin. *Pharm. Res.* **10**(10):S243 (1993).

247.   B. B. Michniak, M. R. Player, L. C. Fuhrman, C. A. Christensen, J. M. Chapman Jr., and J. W. Sowell Sr. Azone Analogs as Percutaneous Penetration Enhancers *in vitro*. *Pharm. Res.* **10**(10):S242 (1993).

248.   B. B. Michniak, M. R. Player, C. A. Christensen, J. W. Sowell, Sr., and J. M. Chapman Jr. Enhancement of Percutaneous Penetration by Novel Azone Analogs: Effect of Vehicles. *Pharm. Res.* **10**(10):S241 (1993).

249.   S. N. Tenjarla and J. H. Holbrook. Irritation Potential of Various Skin Penetration Enhancers. *Pharm. Res.* **10**(10):S240 (1993).

250.   Y. Lin and G. C. Hwang. *In Vitro* Evaluation of Transdermal Albuterol Delivery Systems with Skin Penetration Enhancers. *Pharm. Res.* **9**(10):S194 (1992).

251.   W. T. Harris, J. M. Holbrook, J. A. Smith and S. N. Tenjarla. Penetration Enhancement Activity of N-pentyl-N-acetylprolinate. *Pharm. Res.* **9**(10):S194 (1992).

252.   P. G. Catz, H. W. Nolen III, and D. R. Friend. Percutaneous Penetration Enhancement of Timolol and Buprenorphine Through Human Cadaver Skin. *Pharm. Res.* **10**(10):S242 (1993).

253. T. T. Kararli, C. F. Kirchhoff, and S. C. Penzotti Jr. Enhancement of Transdermal Transport of AZT with Novel Terpene Enhancers: *In Vivo-In Vitro* Correlations. *Pharm. Res.* **10**(10):S243 (1993).

254. B. B. Michniak, M. R. Player, J. M. Chapman Jr., and J. W. Sowell Sr. *In-Vitro* Evaluation of a Series of Azone Analogs as Dermal Penetration Enhancers. *Pharm. Res.* 9(10):S188 (1992).

255. J. S. Travedi, S. L. Krill, and J. J. Fort. Vitamin E as a Human Skin Penetration Enhancer. *European Journal of Pharmaceutical Sciences.* 3(4):241-243 (1995).

256. O. Wong, N. Tsuzuki, B. Nghiem, J. Kuehnhoff, T. Higuchi, et al. Unsaturated Cyclic Ureas as New Non-Toxic Biodegradable Transdermal Penetration Enhancers. Part 2. *Int. J. Pharm.* **53**:191-202 (1989).

257. T. Aoyagi, O. Terashima, N. Suzuki, K. Matsui, and Y. Nagase. Polymerization of Benzalkonium Chloride-Type Monomer and Application to Percutaneous Drug Absorption Enhancer. *J. Controlled Release.* **13**:63-71 (1990).

258. A. Kato, Y. Ishbashi, and Y. Miyake. Effect of Egg Yolk Lecithin on Transdermal Delivery of Bunazosin Hydrochloride. *J. Pharm. Pharmacol.* **39**:399-400 (1987).

259. J. Priborsky, K. Takayama, T. Nagai, D. Waitzova, and J. Elis. Combination Effect of Penetration Enhancers and Propylene Glycol on *in vitro* Transdermal Absorption of Insulin. *Drug Des. Deliv.* **2**(2):91-97 (1987).

260. D. J. Freeman, N. V. Sheth, and S. L. Spruance. Preclinical Studies of Iododeoxyuridine in Dimethyl Sulfoxide for the Topical Treatment of Cutaneous Herpes Simplex Virus Infections. *Int. J. Pharm.* **48**:141-147 (1988).

261. R. Woodford and B. Barry. Topical Penetration Enhancers. *Manufacturing Chemist.* **58**:49, 51 (1987).

262. D. W. Osborne. Evaluation of the Usefulness of Cloud Point Elevation to Predict Transdermal Delivery Enhancers. *Drug Dev. Ind. Pharm.* **13**(3):393-403 (1987).

263. O. J. Lorenzetti. Penetration Enhancers. *Cosmetics and Toiletries.* **93**:49-50 (1978).

264. D. Southwell and B. W. Barry. Penetration Enhancers for Human Skin: Mode of Action of 2-pyrrolidone and Dimethylformamide on Partition and Diffusion of Model Compounds Water, n-alcohols, and Caffeine. *J. Invest. Dermatol.* **80**(6):507-514 (1983).

265. D-D. Kim and Y. W. Chien. Transdermal Delivery of Dideoxynucleoside-type Anti-HIV Drugs: 2. The Effect of Vehicle and Enhancer on Skin Permeation. *J. Pharm. Sci.* **85**(2):214-219 (1996).

266. Y. Chen and J. H. Rytting. Effect of Pretreatment with Enhancers on Artemisinin Analogs Transdermal Permeation Through Shed Snake Skin. *Pharm. Res.* **12**(9):S285 (1995).

267. D. A. Godwin, K. Creek, and B. B. Michniak. Use of Novel Skin Alternative to Test Transdermal Penetration Enhancers. *Pharm. Res.* **12**(9):S270 (1995).

268. D. A. Godwin, J. D. Powell, and B. B. Michniak. Effects of Various Concentrations of Transdermal Penetration Enhancers on Hairless Mouse Stratum Corneum. *Pharm. Res.* **11**(10):S192 (1994).

269. S. K. Gupta, S. Bolton, S. Kumar, C. R. Behl, and A. W. Malick. Effect of Drug Loading Chemical Enhancers and Conduting Gels on Cromolyn Sodium Iontophoretic Transdermal Delivery. *Pharm. Res.* **9**(10):S241 (1992).

270. T. T. Kararli, C. F. Kirchhoff, and S. C. Penzotti. Enhancement of Transdermal Transport of Azidothymidine (AZT) with Novel Terpene and Terpene-like Enhancers: *in vivo-in vitro* Correlations. *J. Controlled Release.* **34**:43-51 (1995).

271. X. L. Fang, N. Z. Xi, C. Q. Zhu, and F. G. Zhu. Effects of Azone and Other Penetration Enhancers on Transdermal Permeation of Tretinoin. *Chinese Pharmaceutical Journal.* **29**:666-669 (1994).

272. B. B. Michniak, M. R. Player, D. A. Godwin, C. A. Phillips, and J. W. Sowell. *In vitro* Evaluation of a Series of Azone Analogs as Dermal Penetration Enhancers. Part 4. Amines. *Int. J. Pharm.* **116**:201-209 (1995).

273. D. Monti, M. F. Saettone, B. Giannaccini, and D. Galli-Angeli. Enhancement of Transdermal Penetration of Dapiprazole Through Hairless Mouse Skin. *J. Controlled Release.* **33**:71-77 (1995).

274. J. Singh, K. P. Tripathi, and T. R. Sakya. Effect of Penetration Enhancers on the *in vitro* Transport of Ephedrine Through Rat Skin and Human Epidermis from Matrix Based Transdermal Formulations. *Drug Dev. Ind. Pharm.* **19**(13):1623-1628 (1993).

275. B. B. Michniak, M. R. Player, J. M. Chapman, and J. W. Sowell. *In vitro* Evaluation of a Series of Azone Analogs as Dermal Penetration Enhancers. Part I. *Int. J. Pharm.* **91**:85-93 (1993).

276. T. Seki, T. Kawaguchi, K. Juni, K. Sugibayashi, and Y. Morimoto. Sustained Transdermal Delivery of Zidovudine Via Controlled Release of Penetration Enhancer. *J. Controlled Release.* **17**:41-47 (1991).

277. T. Ogiso, T. Paku, M. Iwaki, and T. Tanino. Mechanism of the Enhancement Effect of n-octyl-beta-D-thioglucoside on the Transdermal Penetration of Fluorescein Isothiocyanate-labeled Dextrans and the Molecular Weight Dependence of Water-soluble Penetrants Through Stripped Skin. *J. Pharm. Sci.* **83**(12):1676-1681 (1994).

278. J. W. Wiechers and R. A. De Zeeuw. Transdermal Drug Delivery: Efficacy and Potential Application of the Penetration Enhancer Azone. *Drug Des. Deliv.* **6**(2):87-100 (1990).

279. P. Catz and D. R. Friend. Transdermal Delivery of Levonorgestrel. Part 8. Effect of Enhancers on Rat Skin, Hairless Mouse Skin, Hairless Guinea Pig Skin, and Human Skin. *Int. J. Pharm.* **58**:93-102 (1990).

280. S. Buyuktimkin, N. Buyuktimkin, and J. H. Rytting. Studies on the Interaction Between Indomethacin and a New Transdermal Penetration Enhancer Dodecyl-2-(N,N-dimethylamino)propionate (DDAIP) and an Evaluation of its Effect on Transdermal Delivery. *Pharm. Res.* **127**(2):245-253 (1996).

281. T. Itoh, L. Wasinger, T. M. Turunen, and J. H. Rytting. Effects of Transdermal Penetration Enhancers on the Permeability of Shed Snakeskin. *Pharm. Res.* **9**(9):1168-1172 (1992).

282. T. Seki, K. Sugibayashi, K. Juni, and Y. Morimoto. Percutaneous Absorption Enhancer Applied to Membrane Permeation-Controlled Transdermal Delivery of Nicardipine Hydrochloride. *Drug Des. Deliv.* **4**(1):69-75 (1989).

283. No-Author. AIDS Therapies "Transdermal Delivery of Dideoxynucleoside-Type Anti-HIV Drugs. 2. The Effect of Vehicle and Enhancer on Skin Permeation." *AIDS Weekly Plus.* 25 Mar. (1996).

284. S. Buyuktimkin, N. Buyuktimkin, and J. H. Rytting. Studies on the Interaction Between Indomethacin and a New Transdermal Penetration Enhancer Dodecyl-2-(N,N-dimethylamino)propionate (DDAIP): Its Effect on Transdermal Delivery. *Int. J. Pharm.* **127**(2):245-253 (1996).

285. A. N. Misra, and V. U. Rao. Transdermal Administration of Insulin: Effect of Various Penetration Enhancers. *Indian Journal of Experimental Biology.* **34**(2):171-173 (1996).

286. J. T. Hirvonen. Enhancement of Transdermal Drug Penetration with Dodecyl N,N-dimethylamino acetate and Iontophoresis. *Kuopion Yliopisto.* **56-04C**:996-1061 (1994).

287. C. A. Phillips. *Efficacy and Potential Toxicity of Novel Dermal Penetration Enhancers.* Ph. D. Thesis, University of South Carolina, (1995)

288. J. Hirvonen, R. Sutinen, P. Paronen, and A. Urtti. Transdermal Penetration Enhancers in Rabbit Pinna Skin: Duration of Action, Skin Irritation, and *in vivo/in vitro* Comparison. *Int. J. Pharm.* **99**:253-261 (1993).

289. K. I. Cumming and A. J. Winfield. *In vitro* Evaluation of a Series of Sodium Carboxylates as Dermal Penetration Enhancers. *Int. J. Pharm.* **108**:141-148 (1994).

290. B. B. Michniak, M. R. Player, L. C. Fuhrman, C. A. Christensen, J. W. Sowell Sr., et al. *In Vitro* Evaluation of a Series of Azone Analogs as Dermal Penetration Enhancers. Part 3. Acyclic Amides. *Int. J. Pharm.* **110**:231-239 (1994).

291. H. Okabe, E. Suzuki, T. Saitoh, K. Takayama, and T. Nagai. Development of Novel Transdermal System Containing d-limonene and Ethanol as Absorption Enhancers. *J. Controlled Release.* **32**:243-247 (1994).

292. A. Y. Benkorah and R. C. Vasavada. An Investigation of *in vitro* Percutaneous Penetration Enhancement of Benzocaine by Azone. *J. Pharm. Sci.* **76**(11):S101 (1987).

293.  O. Wong, N. Tsuzuki, B. T. Nghiem, J. Kuehnhoff, M. S. Richardson, K. Masaki, and T. Higuchi. Development of Some New Non-Toxic Biodegradable Dermal Penetration Enhancers. *J. Pharm. Sci.* **76**(11):S59 (1987).

294.  G. B. Kasting, W. R. Francis, and G. E. Roberts. Skin Penetration Enhancement of Triprolidine Base by Propylene Glycol. *J. Pharm. Sci.* **82**(5):551-552 (1993).

295.  R. H. Guy and J. Hadgraft. Effect of Penetration Enhancers on the Kinetics of Percutaneous Absorption. *J. Controlled Release.* **5**:43-51 (1987).

296.  Y. Meshulam, T. Kadar, A. Wengier, S. Dachir, and A. Levy. Transdermal Penetration of Physostigmine Effects of Oleic Acid Enhancer. *Drug Dev. Res.* **28**(4):510-515 (1993).

297.  W. R. Pfister and V. J. Rajadhyaksha. Oxazolidinones: A New Class of Cyclic Urethane Trandermal Enhancers. *Pharm. Res.* **12**(9):S280 (1995).

298.  M. Hori, R. H. Guy, and H. I. Maibach. Mechanisms of Action of Skin Penetration Enhancers Effect of Polarity. *Clin. Res.* **37**(2):725A (1989).

299.  A. C. Williams and B. W. Barry. Skin Absorption Enhancers. *Crit. Rev. Ther. Drug Syst.* **9**(3-4):305-330 (1992).

300.  S. A. Akhter and B. W. Barry. Flurbiprofen Penetration and Enhancement Through Cadaver Skin Value of *in-vivo* Mimic Approach with Lower Enhancer Concentrations. *J. Pharm. Pharmacol.* **35**:30P (1983).

301.  S. A. Akhter and B. W. Barry. Classification of Penetration Enhancers for Human Skin Effect on Mannitol and Octanol Absorption. *J. Pharm. Pharmacol.* **35**:28P (1983).

302.  P. M. Taylor, A. J. Winfield, S. M. MacManus, and S. Nikjoo. Studies of the Mechanism of Action of DMSO as a Penetration Enhancer. *J. Pharm. Pharmacol.* **39**:140P (1987).

303.  P. M. Taylor and A. J. Winfield. Penetration Enhancement Through Neonatal Rat Stratum Corneum by a Homologous Series of Alcohols. *J. Pharm. Pharmacol.* **39**:139P (1987).

304.  T. M. Murphy and J. Hadgraft. Models for Assessing Percutaneous Penetration Enhancers. *J. Pharm. Pharmacol.* **39**:24P (1987).

305.  S. L. Bennett and B. W. Barry. Effectiveness of Skin Penetration Enhancers Propylene Glycol Azone Decylmethylsulfoxide and Oleic-Acid with Model Polar Mannitol and Nonpolar Hydrocortisone Penetrants. *J. Pharm. Pharmacol.* **37**:84P (1985).

306.  P. A. Cornwell and B. W. Barry. Determination of the Mode of Action of Sesquiterpene Skin Penetration Enhancers. *J. Pharm. Pharmacol.* **43**:56P (1991).

307.  C. L. Gay, T. M. Murphy, J. Hadgraft, I. W. Kellaway, J. C. Evans, and C. C. Rowlands. An ESR Study of Skin Penetration Enhancers. *J. Pharm. Pharmacol.* **40**:43P (1988).

308. M. Goodman and B. W. Barry. Action of Skin Penetration Enhancers Azone Oleic Acid Decylmethyl Sulfoxide and Propylene Glycol *in-vivo* Mimic Permeation Studies. *J. Pharm. Pharmacol.* **40**:43P (1988).

309. M. Hori, S. Satoh, and H. I. Maibach. Classification of Percutaneous Penetration Enhancers: A Conceptional Diagram. *J. Pharm. Pharmacol.* **42**(1):71-72 (1990).

310. D. G. Williams, J. Hadgraft, R. T. Sawyer, and C. Powell-Jones. Medicinal Leech Hyaluronidase as a Potential Skin Penetration Enhancer *in-vitro* Permeation Studies. *J. Pharm. Pharmacol.* **42**:85P (1990).

311. D. J. Chatterjee and R. T. Koda. Effect of Vehicle and Penetration Enhancers on Transdermal Delivery of Methotrexate Through Hairless Mouse Skin. *Pharm. Res.* **12**(9):S274 (1995).

312. N. Buyuktimkin, S. Buyuktimkin, and J. H. Rytting. Stability of Several Alkyl-N N-Dimethylaminoacetates Having Potential as Biodegradable Transdermal Penetration Enhancers. *Pharm. Res.* **8**(10):S139 (1991).

313. S. Buyuktimkin, N. Buyuktimkin, and J. H. Rytting. New Alkyl Alpha-N N-Dimethylaminoalkanoates as Transdermal Penetration Enhancers. *Pharm. Res.* **8**(10):S139 (1991).

314. C. A. Phillips and B. B. Michniak. Transdermal Delivery of Drugs with Differing Lipophilicities Using Azone Analogs as Dermal Penetration Enhancers. *J. Pharm. Sci.* **84**(12):1427-1437 (1995).

315. L. Wongpayapkul and D. Chow. Comparative Evaluation of Various Enhancers on the Transdermal Permeation of Propranolol Hydrochloride. *Pharm. Res.* **8**(10):S140 (1991).

316. R. M. Bennett. *Transdermal Drug Permeation Enhancement Using Low-Molecular Weight Primary Aliphatic Thiols.* Ph. D. Thesis, Medical Univeristy of South Carolina, (1991).

317. W. J. Doll. *3-Hydroxy-N-Methyl-2-Pyrrolidinone: Synthesis, In vitro and In vivo Evaluation as a Novel Transdermal Absorption Enhancer (Hydroxymethylpyrrolidinone).* Ph. D. Thesis, University of Kentucky, (1991).

318. J. Hirvonen, K. Kontturi, L. Murtomaki, P. Paronen, and A. Urtti. Transdermal Iontophoresis of Sotalol and Salicylate; Effect of Skin Charge and Penetration Enhancers. *J. Controlled Release.* **26**:109-117 (1993).

319. W. J. Lambert, R. J. Kudla, J. M. Holland, and J. T. Curry. Biodegradable Transdermal Penetration Enhancer Based on N-(2-hydroxyethyl)-2-pyrrolidone. Part I. Synthesis and Characterization. *Int. J. Pharm.* **95**:181-192 (1993).

320. T. M. Turunen, S. Buyuktimkin, N. Buyuktimkin, A. Urtti, J. H. Rytting, et al. Enhanced Delivery of 5-Fluorouracil Through Shed Snake Skin by Two New Transdermal Penetration Enhancers. *Int. J. Pharm.* **92**:89-95 (1993).

321. B. B. Michniak and K. L. Seyda. Simple and Specific High Performance Liquid Chromatogaphy Method for the Assay of a Series of Novel Dermal Penetration Enhancers. *Int. J. Cos. Sci.* **15**(1):7-13 (1993).

322. A. J. Hoogstraate, J. Verhoef, J. Brussee, A. P. Ijzerman, H. E. Bodde, et al. Kinetics, Ultrastructural Aspects and Molecular Modeling of Transdermal Peptide Flux Enhancement by N-alkylazacycloheptanones. *Int. J. Pharm.* **76**:37-47 (1991).

323. S. Soni, S. K. Jain, and N. K. Jain. Effect of Penetration Enhancers on Transdermal Delivery of Timolol Maleate. *Drug Dev. Ind. Pharm.* **18**(10):1127-1135 (1992).

324. H. Sasaki, M. Kojima, Y. Mori, J. Nakamura, and J. Shibasaki. Enhancing Effect of Pyrrolidone Derivatives on Transdermal Drug Delivery. Part 2. Effect of Application Concentration and Pre-Treatment of Enhancer. *Int. J. Pharm.* **60**:177-183 (1990).

325. H. Sasaki, M. Kishikawa, J. Nakamura, and J. Shibasaki. Effect of Pyrrolidone Derivatives on Lipid Membrane and Protein Conformation as Transdermal Penetration Enhancer. *J. Pharmacobiodyn.* **13**(8):468-474 (1990).

326. T. Ogiso, M. Iwaki, and T. Paku. Effect of Various Enhancers on Transdermal Penetration of Indomethacin and Urea, and Relationship Between Penetration Parameters and Enhancement Factors. *J. Pharm. Sci.* **84**(4):482-488 (1995).

327. K. Uekama, H. Adachi, T. Irie, T. Yano, M. Saita, and K. Noda. Improved Transdermal Delivery of Prostaglandin E1 Through Hairless Mouse Skin: Combined Use of Carboxymethyl-ethyl-beta-cyclodextrin and Penetration Enhancers. *J. Pharm. Pharmacol.* **44**(2):119-121 (1992).

328. T. Aoyagi, M. Yamamura, K. Matsui, and Y. Nagase. Preparations of Cyclic Sulfoxide Derivatives and Their Evaluation as Transdermal Penetration Enhancers. *Chem. Pharm. Bull.* **40**(7):1961-1963 (1992).

329. T. Aoyagi, M. Yamamura, K. Matsui, and Y. Nagase. Preparations of Phosphonate, Phosphoramidate and Phosphate Derivatives and Their Evaluation as Transdermal Penetration Enhancers. *Drug Des. Discov.* **8**(1):47-56 (1991).

330. T. Aoyagi, M. Yamamura, K. Matsui, and Y. Nagase. Preparation of Alkyl-Substituted Pyrrolidone Derivatives and Their Evaluation as Transdermal Penetration Enhancers. *Drug Des. Discov.* **8**(1):37-46 (1991).

331. H. Sasaki, M. Kojima, J. Nakamura, and J. Shibasaki. Acute Toxicity and Skin Irritation of Pyrrolidone Derivatives as Transdermal Penetration Enhancer. *Chem. Pharm. Bull.* **38**(8):2308-2310 (1990).

332. S. Patil, P. Singh, C. Szolar-Platzer, and H. Maibach. Epidermal Enzymes as Penetration Enhancers in Transdermal Drug Delivery? *J. Pharm. Sci.* **85**(3):249-252 (1996).

333. A. Ruland, J. Kreuter, and J. H. Rytting. Transdermal Delivery of the Tetrapeptide Hisetal (Melanotropin (6-9)). Part 1. Effect of Various Penetration Enhancers: *In vitro* Study Across Hairless Mouse Skin. *Int. J. Pharm.* **101**:57-61 (1994).

334. A. Aioi, K. Kuriyama, T. Shimizu, M. Yoshioka, and S. Uenoyama. Effects of Vitamin E and Squalene on Skin Irritation of a Transdermal Enhancer, Lauroyl Sarcosine. *Int. J. Pharm.* **93**:1-6 (1993).

335. A. K. Mitra and D. J. Wirtanen. Effect of Skin Penetration Enhancers on the Transdermal Delivery of Pyridostigmine Bromide. *Drug Dev. Ind. Pharm.* **15**(11):1855-1863 (1989).

336. M. E. Loomans and G. A. Kerckaert. Penetration Enhancement of Benzoyl Peroxide. *Clin. Res.* **31**(2):583A (1983).

337. J. Yamahara, H. Kashiwa, K. Kishi, and H. Fujimura. Dermal Penetration Enhancement by Crude Drugs: *In vitro* Skin Permeation of Prednisolone Enhanced by Active Constituents in Cardamon Seed. *Chem. Pharm. Bull.* **37**(3):855-856 (1989).

338. T. Aoyagi, T. Akimoto, and Y. Nagase. Preparation of Polydimethylsiloxanes Containing Cationic or Anionic Group at the Chain End and Their Transdermal Penetration Enhancement. *Kobunshi Ronbunshu Jpn. J. Polym. Sci. Technol.* **49**(10):839-845 (1991).

339. R. Kadir and B. W. Barry. Alpha-Bisabolol, a Possible Safe Penetration Enhancer for Dermal and Transdermal Therapeutics. *Int. J. Pharm.* **70**:87-94 (1991).

340. H. Adachi, T. Irie, K. Uekama, T. Manako, M. Saito, et al. Combination Effects of O-carboxymethyl-O-ethyl-beta-cyclodextrin and Penetration Enhancer HPE-101 on Transdermal Delivery of Prostaglandin E1 in Hairless Mice. *European Journal of Pharmaceutical Sciences.* **1**(3):117-123 (1993).

341. A. Ruland, J. Kreuter, and J. H. Rytting. Transdermal Delivery of the Tetrapeptide Hisetal (Melanotropin (6-9)). Part 2. Effect of Various Penetration Enhancers: *In vitro* Study Across Human Skin. *Int. J. Pharm.* **103**:77-80 (1994).

342. B. Michniak and J. Chapman. Transdermal Delivery of Levonorgestrel Effect of Clofibric Acid Amides as Penetration Enhancers. *Pharm. Res.* **8**(10):S138 (1991).

343. D. Bommannan. *Enhancement of Transdermal Drug Delivery: Mechanisms and Methodologies (Ultrasound, Fourier Transform Infrared Spectroscopy, Ethanol, Sonophoresis).* Ph. D. Thesis, University of California-San Francisco, (1990).

344. R. H. Guy, V. H. Mak, D. Bommannan, and R. O. Potts. Enhancement of Transdermal Drug Delivery *in-vivo*. *Skin Pharmacol.* **2**(2):118 (1989).

345. A. C. Williams and B. W. Barry. Techniques for Elucidating the Modes of Action of Terpene Penetration Enhancers. *Skin Pharmacol.* **2**(2):119 (1989).

346. T. K. Ghosh and A. K. Banga. Methods of Enhancement of Transdermal Drug Delivery. Part 2B. Chemical Permeation Enhancers. *Pharm. Tech.* 17:68-76 (1993).

347. Y. W. Chien, H. Xu, C. C. Chiang, and Y. C. Huang. Transdermal Controlled Administration of Indomethacin. Part 1. Enhancement of Skin Permeability. *Pharm. Res.* **5**:103-106 (1988).

348.   A. G. Tsuk. Menthol Enhancement of Transdermal Drug Delivery. U.S. Patent 4,933,184, 12 Jun 1990.

349.   A. G. Tsuk. Menthol Enhancement of Transdermal Drug Delivery. U.S. Patent 4,931,283, 5 Jun 1990.

350.   H. F. Sanders, Y. -L. Cheng, D. J. Enscore, and S. B. Libicki. Transdermal Drug Composition with Dual Permeation Enhancers. U.S. Patent 4,820,720, 11 Apr 1989.

351.   H. F. Sanders, Y. -L. Cheng, D. J. Enscore, and S. B. Libicki. Transdermal Drug Delivery with Dual Permeation Enhancers. U.S. Patent 4,764,379, 6 Aug 1988.

352.   M. B. Fawzi, U. R. Iyer, and M. Mahjour. Use of Commercial Lecithin as Skin Penetration Enhancer. U.S. Patent 4,783,450, 8 Nov 1988.

353.   P. Parab. Imidazole Dermal Penetration Enhancers. U.S. Patent 5,374,633, 20 Dec 1994.

354.   G. A. Digenis, W. J. Doll, and A. Hawi. 3 hydroxy-N-methylpyrrolidone and Use as Transdermal Enhancer. U.S. Patent 5,032,402, 16 Jul 1991.

355.   H. S. Shah, S. Genier, C. D. Yu, and B. Patel. Lauryl Alcohol as Skin Penetration for Topical Imidazole Agents. U.S. Patent 5,219,877, 15 Jun 1993.

356.   N. Bodor and T. Loftsson. Percutaneous Penetration Enhancer of Oleic Acid and 2 ethyl-1,3-hexanediol. U.S. Patent 4,983,396, 8 Jan 1991.

357.   N. Bodor and T. Loftsson. Percutaneous Penetration Enhancer of Oleic Acid and 2 ethyl-1,3-hexanediol. U.S. Patent 4,764,381, 18 Aug 1988.

358.   N. Bodor and T. Loftsson. Percutaneous Penetration Enhancer of Oleic Acid and 2 ethyl-1,3-hexanediol. U.S. Patent 4,885,174, 5 Dec 1989.

359.   V. J. Rajadhyaksha. Penetration Enhancers for Transdermal Drug Delivery of Systemic Agents. U.S. Patent 4,562,075, 31 Dec 1985.

360.   J. Alexander and T. Higuchi. Pyroglutamic Acid Esters Used as Dermal Penetration Enhancers for Drugs. U.S. Patent 4,970,206, 13 Nov 1990.

361.   G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 4,879,275, 7 Nov 1989.

362.   G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 4,886,783, 12 Dec 1989.

363.   G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 4,996,199, 26 Feb 1991.

364.   G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 5,118,676, 2 Jun 1992.

365. G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 5,142,044, 25 Aug 1992.

366. G. Minaskanian, J. V. Peck, and V. J. Rajadhyaksha. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 5,204,339, 20 Apr 1993.

367. G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 5,234,959, 10 Aug 1993.

368. G. Minaskanian, J. V. Peck, and E. L. Nelson. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 5,270,346, 14 Dec 1993.

369. G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 5,444,075, 22 Aug 1995.

370. G. Minaskanian and J. V. Peck. Penetration Enhancers for Transdermal Delivery of Systemic Agents. U.S. Patent 5,470,848, 28 Nov 1995.

371. J. V. Peck and G. Minaskanian. Transdermal Penetration Enhancers. U.S. Patent 5,472,946, 5 Dec 1995.

372. J. Alexander and T. Higuchi. Pyroglutamic Acid Esters Used as Dermal Penetration Enhancers for Drugs. U.S. Patent 4,847,250, 11 Jul 1989.

373. J. Alexander and T. Higuchi. Pyroglutamic Acid Esters Used as Dermal Penetration Enhancers for Drugs. U.S. Patent 5,066,648, 19 Nov 1991.

374. C-M. Chiang and G. W. Cleary. Skin Permeation Enhancer Compositions, and Methods and Transdermal Systems Associated Therewith. U.S. Patent 5,059,426, 22 Oct 1991.

375. C-M. Chiang and G. W. Cleary. Skin Permeation Enhancer Compositions, and Methods and Transdermal Systems Associated Therewith. U.S. Patent 5,053,227, 1 Oct 1991.

376. M. L. Francoeur and R. O. Potts. Transdermal Flux Enhancers in Combination with Iontophoresis in Topical Administration of Pharmaceuticals. U.S. Patent 5,023,085, 11 Jun 1991.

377. P. Parab. Controlled Dermal Penetration Enhancement Using Imidazoles. U.S. Patent 5,087,620, 11 Feb 1992.

378. O. Wong and T. N. Nguyen. Enhancement of Transdermal Drug Delivery Using Monoalkyl Phosphates and Other Absorption Promoters. U.S. Patent 5,308,625, 3 May 1994.

379. O. Wong and T. N. Nguyen. Enhancement of Transdermal Drug Delivery Using Monoalkyl Phosphates and Other Absorption Promoters. U.S. Patent 5,358,715, 25 Oct 1994.

380. T. W. Leonard, K. K. Mikula, and M. S. Schlesinger. Menthone Enhancement of Transdermal Drug Delivery. U.S. Patent 4,873,266, 10 Oct 1989.

381. S. K. Govil, E. M. Rudnic, and D. G. Sterner. Transdermal Nitroglycerin Patch with Penetration Enhancers. U.S. Patent 5,262,165, 16 Nov 1993.

382. T. W. Leonard, K. K. Mikula, and M. S. Schlesinger. Carvone Enhancement of Transdermal Drug Delivery. U.S. Patent 4,888,360, 19 Dec 1989.

383. T. W. Leonard, K. K. Mikula, and M. S. Schlesinger. Eugenol Enhancement of Transdermal Drug Delivery. U.S. Patent 4,888,362, 19 Dec 1989.

384. Y. Chang. Transdermal Drug Delivery Using a Dual Permeation Enhancer and Method of Performing the Same. U.S. Patent 4,956,171, 11 Sep 1990.

385. R.W. Knowles. Topical composition for fungal treatment. U.S. Patent 5,652,256, 29 July 1997.

386. R.K. Farng, G.J. Gendimenico, J.A. Mezick, S.M. Ng, S.B. Wrobel,Jr. Aqueous gel retinoid dosage form. U.S. Patent 5,643,584, 1 July 1997.

387. E.S. Lee, D.E. Nedberge, S.I. Yum. Skin permeation enhancer compositions using glycerol monolinoleate. U.S. Patent 5,641,504, 24 June 1997.

388. E.S. Lee, S.I. Yum, M.J.N. Cormier. Formulations with hydrophobic permeation enhancers. U.S. Patent 5,629,019, 13 May 1997.

389. G. Santus, A. Kim, M.L. Francoeur, U. Bremer. Transdermal delivery of alpha adrenoceptor blocking agents. U.S. Patent 5,658,587, 19 August 1997.

390. C.M. Samour. Method for treating hair loss. U.S. Patent 5,620,980, 15 April 1997.

391. S. Tokuda, K. Ninomiya, Y. Fukushima, S. Watanabe, M. Ochiai, M. Okumura, Y. Hosokawa. Percutaneous absorption preparation. U.S. Patent 5,618,555, 8 April 1997.

392. J.P. D'Angelo, H. Schur. Method of transdermally administering high molecular weight drugs with a polymer skin enhancer. U.S. Patent 5,614,212, 25 March 1997.

393. D. Quan, N.A. Deshpanday, S. Venkateshwaran, C.D. Ebert. Triacetin as a penetration enhancer for transdermal delivery of a basic drug. U.S. Patent 5,601,839, 11 February 1997.

394. T. Loftsson, D.S. Petersen, F. Le Goffic, J.H. Olafsson. Unsaturated glycerol monoethers as novel skin penetration enhancers. *Pharmazie*. **52**:463-465 (1997).

395. B.M. Magnusson, P. Runn, L-O. D. Koskinen. Terpene-enhanced transdermal permeation of water and ethanol in human epidermis. *Acta Dermato-Venereologica*. **77**:264-267 (1997).

396. D. Rejendran, G.L. Prabushankar, S.A. Dhanaraj, R. Dube, B. Suresh. Enhanced transdermal delivery of terbutaline sulphate in vitro using non-ionic surfactants. *Indian Journal of Pharmaceutical Sciences*. **58**:251-253 (1996).

397.  L.C. Fuhrman, Jr., B.B. Michniak, C.R. Behl, A.W. Malick. Effect of novel penetration enhancers on the transdermal delivery of hydrocortisone: An in vitro species comparison. *J. Controlled Release.* **45**:199-206 (1997).

398.  V.R.S. Uppoor, J.C. Shah. Selective complexing agents designed after adenosine receptor as percutaneous permeation enhancers of drugs. *Int. J. Pharm.* **145**:145-156 (1996).

399.  H. Bando, M. Sahashi, S. Mohri, F. Yamashita, Y. Takakura, M. Hashida. In vivo skin penetration enhancement of acyclovir by theoretical design of prodrug-enhancer combination. *Int. J. Pharm.* **145**:103-113 (1996).

400.  W. Kamimura, T. Ooya, N. Yui. Interaction of supramolecular assembly with hairless rat stratum corneum. *J. Controlled Release.* **44**:295-299 (1997).

401.  D. Dragas, H. Tanojo, J. Brussee, H.E. Junginger, H.E. Bodde. Synthesis of 6- and 9-ethyloctadecanoic acids. *Archiv der Pharmazie.* **329**:465-466 (1996).

402.  G.L. Xiong, D. Quan, H.I. Maibach. Effects of penetration enhancers on in vitro percutaneous absorption of low molecular weight heparin through human skin. *J. Controlled Release.* **42**:289-296 (1996).

403.  Y. Yokomizo. Effects of phospholipids on the percutaneous penetration of drugs through the dorsal skin of the guinea pig, in vitro. 3. The effects of phospholipids on several drugs having different polarities. *J. Controlled Release.* **42**:217-228 (1996).

404.  H. Nakamura, Y. Pongpaibul, T. Hayashi, K. Sugibayashi, y. Morimoto. Effect of lipophilic multicomponent system on the skin permeation of ketotifen fumarate. *Int. J. Pharm.* **141**:71-80 (1996).

405.  Y-B. Huang, P-C. Wu, H-M. Ko, Y-H. Tsai. Effect of pretreatment of cardamom oil on in vivo percutaneous absorption of piroxicam gel: Pharmacokinetic analysis in rabbits. *Int. J. Pharm.* **134**:183-191 (1996).

406.  V.J. Rajadhyaksha, K. Sharma, W.R. Pfister. Oxazolidinones: a new class of permeation enhancer. in Transdermal and Topical Drug Delivery Systems (T.K. Ghosh, W.R. Pfister, Eds), Interpharm Press, Buffalo Grove, IL 1997, pgs. 477-509.

407.  B.B. Michniak, M.R. Player, J.W. Sowell. Synthesis and in vitro transdermal penetration enhancing activity of lactam N-acetic acid esters. *J. Pharm Sci.* **85**:150-154 (1996).

408.  S.K. Han, Y.H. Park, C.K. Kim. Preparation of N-ardamantyl n-alkanamides and evaluation of their transdermal penetration in the rabbit. *Int. J. Pharm.* **126**:35-40 (1995).

409.  H. Okabe, E. Suzuki, T. Saitoh, K. Takayama, T. Nagai. Development of novel transdermal system containing d-limonene and ethanol as absorption enhancers. *J. Controlled Release.* **32**:243-247 (1995).

410.  T.K. Fincher, S.D. Yoo, M.R. Player, J.W. Sowell, Sr., B.B. Michniak. In vitro evaluation of a series of N-dodecanoyl-L-amino acid methyl esters as dermal penetration enhancers. *J. Pharm Sci.* **85**:920-923 (1996).

411. A. Lopez, M.A. Pellett, F. Llinares, O. Diez-Sales, M. Herraez, and J. Hadgraft. The enhancer effect of several phenyl alcohols on percutaneous penetration of 5-Fluorouracil. *Pharm. Res.* **14**:681-685 (1997).